UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:25-00115    *DT* |
| | ) |              **DEPUTY CLERK** |
| v. | ) | |
| | ) | 8 U.S.C. § 1324(a)(1)(A)(ii) |
| | ) | 8 U.S.C. § 1324(a)(1)(A)(v) |
| | ) | 8 U.S.C. § 1324(a)(1)(B)(i) |
| KILMAR ARMANDO ABREGO GARCIA | ) | 18 U.S.C. § 2 |

## MOTION TO SEAL INDICTMENT

COMES NOW the United States of America, by and through Acting United States Attorney, Robert E. McGuire, and moves the court to seal the Indictment, attendant Arrest Warrant, and other materials related to the Indictment until further order of this Court.

For cause, the United States submits this sealing will, in addition to other reasons for sealing, preserve the integrity of the ongoing investigation while other witnesses and potential co-conspirators are interviewed, and while other relevant evidence is being sought and/or collected. Sealing will lower the risk of the destruction of other potential evidence and limit the prospects of potential witness intimidation in this matter between the time of the issuance of the warrant and the time of its service on the charged Defendant.

A proposed sealing order accompanies this motion.

Respectfully submitted,

    *s/ Robert McGuire*
ROBERT McGUIRE
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151