UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:25-00115 |
| v. | ) | |
| | ) | 8 U.S.C. § 1324(a)(1)(A)(ii) |
| | ) | 8 U.S.C. § 1324(a)(1)(A)(v) |
| | ) | 8 U.S.C. § 1324(a)(1)(B)(i) |
| KILMAR ARMANDO ABREGO GARCIA | ) | 18 U.S.C. § 2 |

### ORDER TO SEAL INDICTMENT

The Court is in receipt of an Indictment and Arrest Warrant in the above styled case. The Court is also in receipt of a Motion by the United States requesting that the Indictment, Arrest Warrant, and attendant documents be sealed pending further orders of this Court.

For the cause stated in the Government's Motion, the Motion is GRANTED. The Indictment, Arrest Warrant and attendant documents (including the Government's Motion and this Order) shall be sealed and kept from public view, shall be available only to law enforcement to facilitate the service of the warrant, and shall be sealed pending further orders of this Court.

It is so ORDERED.

_____
Judge