CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NASHVILLE</u> DIVISION

| | | | |
|---|---|---|---|
| Indictment | ☒ | County of Offense: | Davidson |
| Complaint | ☐ | AUSA's NAME: | McGuire |
| Information | ☐ | | |
| Felony | ☒ | Reviewed by AUSA: | _____ |
| Misdemeanor | ☐ | | (Initials) |
| Juvenile | ☐ | | |

<u>KILMAR ARMANDO ABREGO GARCIA</u>
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed?    ☒ Yes  ☐ No

If Yes, what language?    Spanish

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 8 U.S.C. § 1324(a)(1)(A)(v) and (B)(i) | Conspiracy to unlawfully transport illegal aliens for financial gain | 10 years | $250,000 |
| 2 | 8 U.S.C. § 1324(a)(1)(A)(ii) and (B)(i) | Unlawful transportation of illegal aliens for financial gain | | |
| | | | | |
| | | | | |

Is the defendant currently in custody?     Yes  ☒     No  ☒     If yes, State or Federal?  Writ requested  ☐

Has a complaint been filed?     Yes  ☐     No  ☒
   If Yes:  Name of the Magistrate Judge _____     Case No
           Was the defendant arrested on the complaint?     Yes  ☒     No  ☐

Has a search warrant been issued?     Yes  ☒     No  ☐
   If Yes:  Name of the Magistrate Judge _____     Case No.: _____

Was bond set by Magistrate/District Judge?  Yes  ☐     No  ☒     Amount of bond: _____

Is this a Rule 20?  Yes ☐  No ☒     To/from what district?  _____
Is this a Rule 40?  Yes ☐  No ☒     To/from what district?  _____

Estimated trial time:     7 days

The Clerk will issue a Summons/**Warrant** (circle one)  (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested:  Yes ☒  No ☐     Recommended conditions of release: _____