UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   3:25-CR-00115 |
| | ) | |
| | ) | JUDGE HOLMES |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

## MOTION TO UNSEAL INDICTMENT

COMES NOW the United States of America, by and through the undersigned Acting United States Attorney, Robert E. McGuire, and moves the court to unseal the Indictment, attendant Arrest Warrant, and other materials related to the Indictment now that the Defendant has been served with the Arrest Warrant and brought into custody. Therefore, the United States would submit that the original reasons for the previously filed Motion to Seal, and the Court's order granting that Motion, no longer exist.

A proposed order to unseal the above-described documents accompanies this motion.

Respectfully submitted,

By:     */s/ Robert McGuire*
ROBERT McGUIRE
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151