# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) Case No. 3:25-cr-00115 Judge Crenshaw | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay,
*(name of person to be arrested)* KILMAR ARMANDO ABREGO GARCIA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to unlawfully transport illegal aliens for financial gain in violation of 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)
Unlawful transportation of illegal aliens for financial gain 8 U.S.C. § 1324(a)(1)(A)(v) & (B)(i)

Date: 05/21/2025

*Jeremy Medley*
_Issuing officer's signature_

City and state: NASHVILLE, TN

Jeremy Medley, Criminal Case Administrator
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 05/22/2025, and the person was arrested on *(date)* 06/06/2025
at *(city and state)* NASHVILLE, TN.

Date: 06/06/2025

*[signature]*
_Arresting officer's signature_

PETE JOSEPH - SPECIAL AGENT
*Printed name and title*