## MAGISTRATE JUDGE HOLMES COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS
☐ VIDEOCONFERENCE ☑ COURTROOM

**U.S.A. v.** Garcia, Kilmar Armando Abrego **, No.** 3:25-cr-00115

**ATTORNEY FOR GOVERNMENT:** Rob McGuire along with Jacob Warren, Chris Eason, and Jeremy Franker

**ATTORNEY FOR DEFENDANT:** Will Allensworth along with Richard Tennent ☑ AFPD ☐ Panel ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Johnny Franklin

**INTERPRETER NEEDED?** ☑ YES ☐ NO  **LANGUAGE/INTERPRETER:** Spanish/ Judith Kristy
☑ PRESENT ☐ TELEPHONE ☐ VIDEO

☐ **Defendant consents appear to before the Magistrate Judge by video conference.**

☑ **INITIAL APPEARANCE** ☐ **ON A SUMMONS** ☑ **ARRESTED ON:** 6/6/2025
  DEFENDANT HAS A COPY OF:
  ☐ Complaint ☑ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other ____
  ☑ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
  ☑ Defendant advised of right to counsel            ☐ Counsel retained
  ☐ Financial affidavit filed under penalty of perjury            ☑ FPD Appointed
  ☒ Defendant advised of right to silence
  ☑ Defendant advised of right to **Consular notification**  ☐ Counsel app't based on counsel's statement
  ☒ GOV'T and DEFENDANT advised of Due Process Protections Act of 2020
  ☐ Defendant advised of right to preliminary hearing  ☐ Defendant waived preliminary hearing
  ☑ Government motion for detention  ☒ Defendant temporarily detained
  ☐ Defendant waived detention hearing  ☑ ICE detainer on defendant
  ☐ Defendant reserved right to hearing in future  ☐ Defendant to be returned to State custody
  ☐ Defendant to remain in Federal custody  ☐ Defendant waived rights under IAD
  ☐ Defendant to remain on current conditions of supervised release
  ☐ Defendant ordered to psychological/psychiatric evaluation
  ☐ Defendant released on:
    ☐ Own recognizance with conditions of release ☐ standard ☐ special
    ☐ Appearance bond in the amount of: ____
    ☐ Property bond [description of property]: ____
  ☐ **RULE 5** - Defendant advised of right to identity hearing  ☐ Defendant waived identity hearing
  ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
  ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☑ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** Friday, June 13, 2025 at 10:00am courtroom 3D

☐ **GRAND JURY WAIVED IN OPEN COURT** [Defendant sworn and advised of rights by Court]
☐ **ARRAIGNMENT**
  ☐ Defendant acknowledges he/she has copy of Indictment/Information ☐ Court advised Def. of penalties
  ☐ Defendant waives reading thereof  ☐ Indictment/Information read to defendant by Judge
  **PLEA:** ☐ GUILTY ☐ NOT GUILTY ☐ Defendant intends to plead guilty and case referred to DJ

**DATE:** 6/6/2025  **TOTAL TIME:** 53 minutes
**BEGIN TIME:** 5:05pm  **END TIME:** 5:58pm
☑ *Digitally Recorded* ☐ *Court Reporter:* ____

Form Revised 2/9/2018  Page 1 of 1