# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cr-00115-1 |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

# O R D E R

The defendant Kilmar Armando Abrego Garcia appeared, with the assistance of an interpreter, on June 6, 2025 with counsel, Assistant Federal Public Defenders Richard Tennent and Will Allensworth, for an initial appearance on the indictment filed on May 21, 2025. (Docket No. 3.) Acting U.S. Attorney Robert McGuire appeared for the United States (the "government"). Mr. Abrego Garcia was advised of the charges against him, the penalties if convicted as charged, and his constitutional and other rights.

The government filed a motion requesting that Mr. Abrego Garcia be detained pending trial. (Docket No. 8.) The government must, by **no later than 5:00 p.m. (CDT) on Monday, June 9, 2025**, file any supplement to the detention motion, with a courtesy copy provided to chambers. Any response to the motion for detention, including to any supplemental filing by the government, must be filed by Mr. Abrego Garcia by **no later than 5:00 p.m. (CDT) on Wednesday, June 11, 2025**, with a courtesy copy provided to chambers. A hearing will be held on the government's motion for detention on **Friday, June 13, 2025, at 10:00 a.m. (CDT)** in Courtroom 3D, Fred D. Thompson U.S. Courthouse, 719 Church Street, Nashville, Tennessee. Counsel for the government and counsel for Mr. Abrego Garcia must, by no later than **noon on Thursday, June 12, 2025**, provide each other and chambers with the anticipated number of witnesses and any anticipated exhibits, exclusive of witnesses and exhibits intended solely for rebuttal purposes.

To allow Mr. Abrego Garcia an opportunity to full review the indictment with counsel with the assistance of an interpreter, arraignment is also set for **Friday, June 13, 2025, at 10:00 a.m. (CDT)** in Courtroom 3D, Fred D. Thompson U.S. Courthouse, 719 Church Street, Nashville, Tennessee.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge