UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:25-00115 |
| | ) | |
| v. | ) | MAGISTRATE JUDGE HOLMES |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ABREGO GARCIA | ) | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

Comes Dumaka Shabazz, Federal Public Defender, and hereby gives notice of his appearance as co-counsel in this matter and requests that all documents filed from this date forward be served upon him.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ
Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: dumaka_shabazz@fd.org

Attorney for Kilmar Abrego Garcia

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2025, I electronically filed the foregoing *Notice of Appearance of Co-Counsel* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Robert E. McGuire, Assistant U.S. Attorney, 719 Church St., Suite 3300, Nashville, TN, 37203.

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ