IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) Case No. 3:25-cr-00115-1 |
| | ) |
| KILMAR ARMANDO ABREGO GARCIA | ) |

**O R D E R**

In furtherance of efficiency, the United States (the "government") must, by no later than **noon on Thursday, June 12, 2025**, provide to the defendant Kilmar Abrego Garcia the information required by Fed. R. Crim. P. 26.2(a) through (d) and (f), as incorporated by reference in Fed. R. Crim. P. 46(j), for any witness who will testify at the detention hearing on June 13, 2025. The government is further encouraged to provide any other discovery materials and the disclosures required by LCrR 16.01(a)(3) that are relevant to the issues raised in the government's motion for detention (Docket No. 8) and supplemental filing (Docket No. 14).[1]

Additionally, to clarify the Court's order of June 6, 2025 (Docket No. 13), the exchange of witness disclosures required by **noon on Thursday, June 12, 2025**, must include not only the number of witnesses but the witnesses' names. Further, after the exchange of witness information and exhibits, counsel for the government and counsel for Mr. Abrego Garcia must confer and attempt to resolve any identifiable evidentiary issues prior to commencement of the detention hearing on June 13, 2025. During this conference, counsel must also discuss the likelihood of and possibilities for resolution of the government's motion for detention.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] To be clear, this is neither a substitution for nor otherwise constitutes any restriction on the government's discovery obligations generally directed in LCrR 16.01.