> DE 21 is GRANTED.
> /s/ Barbara D. Holmes

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:25-cr-115 |
| | ) | |
| KILMAR ABREGO GARCIA | ) | Magistrate Judge Holmes |

## UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

### *EX PARTE* DOCUMENT

Comes now Kilmar Abrego Garcia, through counsel, pursuant to Local Rule 5.03, and respectfully asks leave of this Honorable Court to file an under seal *ex parte* document related to the logistics of his criminal representation. The matters discussed in this logistical document involve confidential and privileged attorney-client matters, and cannot ethically be shared with the Government.

Acting United States Attorney Robert E. McGuire has been consulted and the Government does not oppose this motion.

Respectfully submitted,

/s/ *Richard Lewis Tennent*
Richard Lewis Tennent
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047
Richard_Tennent@fd.org

*Counsel for Kilmar Abrego Garcia*