UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:25-CR-00115 |
| | ) | |
| | ) | JUDGE HOLMES |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

## MOTION TO SEAL DETENTION HEARING EXHIBITS

COMES NOW the United States of America, by and through the undersigned Acting United States Attorney, Robert E. McGuire, and moves the court to seal the exhibits submitted in support of the upcoming Detention Hearing in this case. In support of this motion, the Government submits that the exhibits contain sensitive information, including, but not limited to the identity, statements, and personal identifiable information of individuals including minors. Pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure, good cause exists to seal the exhibits to prevent public disclosure of this sensitive information. The public's interest of disclosure is outweighed by the compelling interest in protecting the privacy and welfare of these individuals. Therefore, the United States would submit that the exhibits admitted during the detention hearing should be sealed.

A proposed order to seal the above-described exhibits accompanies this motion.

Respectfully submitted,

By:     */s/ Robert McGuire*
ROBERT McGUIRE
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF on the 12th June, 2025.

                                           */s/ Robert E. McGuire*
                                           ROBERT E. MCGUIRE