UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:25-CR-00115 |
| | ) | |
| | ) | JUDGE HOLMES |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

### ORDER SEALING DETENTION HEARING EXHIBITS

The Court is in receipt of a Motion by the United States requesting that the exhibits filed at the Detention Hearing be sealed in the interest of protecting personal identifiable information of minors.

For the cause stated in the Government's Motion, the Motion is GRANTED. The exhibits admitted at the detention hearing shall be sealed.

It is so ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge