IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Case No. 3:25-cr-00115 |
| ) | |
| Kilmar Abrego Garcia ) | Judge Crenshaw |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Rascoe Dean of the law firm Sherrard Roe Voigt & Harbison, PLC, hereby gives notice of his appearance as counsel of record for Kilmar Abrego Garcia in the above-referenced matter.

Respectfully submitted,

*/s/ Rascoe Dean*
Rascoe Dean (No. 034209)
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Kilmar Abrego Garcia*

## CERTIFICATE OF SERVICE

       I hereby certify that on June 17, 2025, I electronically filed the foregoing Notice with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203.

                                        */s/ Rascoe Dean*

2

Case 3:25-cr-00115    Document 36    Filed 06/17/25    Page 2 of 2 PageID #: 127