# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

<u>     SEAN   HECKER     </u> , Bar # <u>    SH7856    </u>

was duly admitted to practice in the Court on

<u>    November 13, 2000    </u>

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    <u>June 17, 2025</u>
New York, New York

*Tammi M. Hellwig* (signature)

<u>Tammi M. Hellwig</u>    By    <u>s/B. Cong</u>
Clerk of Court                    Deputy Clerk