# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| USA | Case No. 3:25-cr-00115-1 |
| v. Kilmar Armando Abrego Garcia | Judge Waverly D. Crenshaw, Jr. |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Jenna M. Dabbs hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Kilmar Armando Abrego Garcia.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court: U.S. District Court for the Southern District of New York

    Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

    N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

    N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

    N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Rascoe Dean / Sherrard Roe Voigt & Harbison
1600 West End Avenue, Suite 1750, Nashville, TN 37203
(615) 742-4536
rdean@srvhlaw.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Jenna M. Dabbs     Signature

Name: Jenna M. Dabbs
State where admitted and State Bar Number: New York, 4039186
Business Address: 350 Fifth Avenue, 63rd Floor, New York, NY 10118
Local Address [if different from above]:
Phone: 212-763-0883
Email: jdabbs@heckerfink.com

# CERTIFICATE OF SERVICE

[Include certificate of service if required by Fed. R. Civ. P. 5(d)(1)(B) and attach as separate page if necessary due to space constraints.]

      I hereby certify that on the 17th day of June, 2025, I electronically filed the foregoing Motion with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203.

                                                                         */s/ Rascoe S. Dean*

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 10 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

Attorneys with CM/ECF filing privileges in this Court may file Motions for Admission *Pro Hac Vice* via CM/ECF. For movants who do not yet have CM/ECF filing privileges, local counsel may file Motions for Admission *Pro Hac Vice* on their behalf. Additionally, counsel may file the Motion phv@tnmd.uscourts.gov.