# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

_____JENNA   MINICUCCI   DABBS_____ , Bar # _____JM1245_____

was duly admitted to practice in the Court on

_____February 03, 2003_____

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.   On   _____June 17, 2025_____
       New York, New York

*Tammi M. Hellwig* (signature with seal of United States District Court for the Southern District of New York)

_____Tammi M. Hellwig_____   By   _____s/B. Cong_____
    Clerk of Court                                       Deputy Clerk