# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

    DAVID PATTON     , Bar #    DP6644

was duly admitted to practice in the Court on

January 23, 2001

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    June 17, 2025
New York, New York

*Tammi M. Hellwig*

Tammi M. Hellwig    By    s/B. Cong
Clerk of Court                  Deputy Clerk