IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) Case No. 3:25-cr-00115-1 |
| | ) |
| KILMAR ARMANDO ABREGO GARCIA | ) |

**O R D E R**

    For the reasons discussed in the memorandum opinion entered separately, the United States' motion for detention (Docket No. 8) is **DENIED**. A hearing will be held on **Wednesday, June 25, 2025, at 2:00 p.m. (CDT)** in Courtroom 3D, Fred D. Thompson U.S. Courthouse, 719 Church Street, Nashville, Tennessee, to review conditions of release and otherwise address any necessary issues. The United States Marshal is **DIRECTED** to produce the defendant Kilmar Armando Abrego Garcia for this hearing.

    It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge