IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

## MOTION FOR REVOCATION OF RELEASE ORDER AND MOTION FOR LEAVE TO FILE BRIEF IN SUPPORT OF MOTION

The United States of America, by and through Robert E. McGuire, Acting United States Attorney, pursuant to 18 U.S.C. § 3145(a)(1), hereby moves for revocation of the Magistrate Judge's Release Order ordered by Judge Holmes. (DE # 44.)

This United States had previously requested an expedited transcript of the hearing and expects to receive it by Monday, June 23, 2025. The United States requests this Court grant sufficient time for production and review of the transcript of the detention hearing. Once the transcript is received and reviewed, the United States anticipates filing a brief in support of its Motion for Revocation expeditiously and within two weeks of receipt of the transcript.

Therefore, the United States would also move for leave to file a memorandum in support of this Motion after having the opportunity to receive and review the transcript of the detention hearing.

Respectfully Submitted,

*/s/ Robert E. McGuire*
Robert E. McGuire
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203