UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA, | ) | |
| Defendant. | ) | |

## ORDER

Defendant shall respond to the Government's Motion for Appeal and Revocation of Release Order (Doc. No. 45) and Motion to Stay Release Order (Doc. No. 46) by 4:30 p.m., **June 23, 2025.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
UNITED STATES DISTRICT JUDGE

1