# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:25-cr-00115 |
| | ) | |
| KILMAR ABREGO GARCIA | ) | JUDGE CRENSHAW |

## MOTION TO WITHDRAW AS COUNSEL

Comes now Federal Public Defender Dumaka Shabazz, AFPD William Allensworth, and AFPD Richard Tennent, on behalf of Mr. Abrego Garcia, and hereby move this Court to allow our withdrawal as attorneys of record in this case. On June 6, 2025, the Office of the Federal Public Defender was appointed to represent Mr. Abrego Garcia. (D.E. 11.) On June 17, 2025, private attorneys Rascoe Dean, David Patton, Jenna Dabbs, and Sean Hecker, entered filings to substitute counsel, which were granted on June 22, 2025. (D.E. 36-41.) As such, the below attorneys respectfully request to withdraw.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ
Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: dumaka_shabazz@fd.org

1

/s/ *Will Allensworth*
WILL ALLENSWORTH
Assistant Federal Public Defender
Office of the Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
Will_Allensworth@fd.org

/s/ *Richard Lewis Tennent*
Richard Lewis Tennent
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047
Richard_tennent@fd.org

Attorneys for Kilmar Armando Abrego Garcia

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 23, 2025, I electronically filed the foregoing *Motion to Withdraw as Counsel of Record* with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to: Robert McGuire, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee 37203.

/s/ *Will Allensworth*
WILL ALLENSWORTH