UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA, | ) | |
| Defendant. | ) | |

### ORDER

The Government shall reply to Kilmar Armando Abrego Garcia's Response in Opposition to the Motion for Appeal and Revocation Release Order (Doc. No. 49) by 4:00 p.m., **June 24, 2025.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
UNITED STATES DISTRICT JUDGE

1