**MAGISTRATE JUDGE HOLMES COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**
☐ **VIDEOCONFERENCE**  ✓ **COURTROOM**

**U.S.A. v.** Kilmar Armando Abrego Garcia , **No.** 3:25-cr-00115

**ATTORNEY FOR GOVERNMENT:** Rob McGuire and Jeremy Franker

**ATTORNEY FOR DEFENDANT:** Will Allensworth, Dumaka Shabazz, Richard Tennent  ■ AFPD ☐ Panel ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Tiana Rock

**INTERPRETER NEEDED?** ■ YES ☐ NO  **LANGUAGE/INTERPRETER:** Spanish / Judith Kristy and Richard Singer
■ PRESENT ☐ TELEPHONE ☐ VIDEO

☐ Defendant consents appear to before the Magistrate Judge by video conference.

☐ **INITIAL APPEARANCE** ☐ ON A SUMMONS ☐ ARRESTED ON: _____
  DEFENDANT HAS A COPY OF:
  ☐ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
  ☐ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
  ☐ Defendant advised of right to counsel    ☐ Counsel retained
  ☐ Financial affidavit filed under penalty of perjury    ☐ FPD Appointed
  ☐ Defendant advised of right to silence
  ☐ Defendant advised of right to **Consular notification**    ☐ Counsel app't based on counsel's statement
  ☐ GOV'T and DEFENDANT advised of Due Process Protections Act of 2020
  ☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
  ☐ Government motion for detention    ☐ Defendant temporarily detained
  ☐ Defendant waived detention hearing    ☐ ICE detainer on defendant
  ☐ Defendant reserved right to hearing in future    ☐ Defendant to be returned to State custody
  ☐ Defendant to remain in Federal custody    ☐ Defendant waived rights under IAD
  ☐ Defendant to remain on current conditions of supervised release
  ☐ Defendant ordered to psychological/psychiatric evaluation
  ☐ Defendant released on:
    ☐ Own recognizance with conditions of release ☐ standard ☐ special
    ☐ Appearance bond in the amount of: _____
    ☐ Property bond [description of property]: _____
  ☐ **RULE 5** - Defendant advised of right to identity hearing    ☐ Defendant waived identity hearing
  ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
  ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____

☐ **GRAND JURY WAIVED IN OPEN COURT**    [Defendant sworn and advised of rights by Court]
■ **ARRAIGNMENT**
  ■ Defendant acknowledges he/she has copy of Indictment/Information  ☐ Court advised Def. of penalties
  ■ Defendant waives reading thereof    ☐ Indictment/Information read to defendant by Judge
  **PLEA:** ☐ GUILTY ■ NOT GUILTY    ☐ Defendant intends to plead guilty and case referred to DJ

**DATE:** 06/13/2025    **TOTAL TIME:** 1 min arraignment 6 hours 39 minutes DH
**BEGIN TIME:** 10:05am    **END TIME:** 4:45pm
■ *Digitally Recorded* ☐ *Court Reporter:* _____

☐ **RULE 5 IDENTITY HEARING**
    ☐ Held, defendant found to be person named in warrant
    ☐ Held, defendant found NOT to be person named in warrant and released
    ☐ Waived in open Court

☐ **PRELIMINARY HEARING**     **CONTINUED TO:** _____
    ☐ Probable Cause found/Held to answer/bound over     ☐ Discharged from custody
    ☐ Defendant waived preliminary hearing
    ☐ RULE 5 - Held to answer in District of Prosecution
    ☐ RULE 5 - Defendant reserved right to have hearing in District of Prosecution

■ **DETENTION HEARING**     **CONTINUED TO:** taken under advisement
    ☐ Government withdrew motion for detention or agreed to release
    ☐ Pretrial Services Report made a part of the record     ☐ Counsel moved to retain copy of PTSR/granted
    ☐ Bond set at: _____     ☐ Defendant released on [date]: _____
    ☐ RULE 5 - Defendant elected to have hearing in District of Prosecution
    ☐ Defendant waived detention hearing     ☐ Defendant reserved right to hearing in future
    ☐ Defendant detained, order to enter     ☐ ICE detainer pending
    ☐ Defendant to remain in Federal custody     ☐ Defendant to be returned to State custody
    ☐ Government moved for stay of execution of release pending appeal
        ☐ Motion granted     ☐ Motion denied
    ☐ Defendant advised of right to appeal

☐ **ARRAIGNMENT ON MISDEMEANOR**
    ☐ Defendant acknowledges he/she has copy of Indictment/Information
    ☐ Indictment/Information read to defendant by Judge     ☐ Defendant waives reading thereof
    **PLEA:** ☐ **GUILTY**     ☐ **NOT GUILTY**
    ☐ Misdemeanor - defendant consented to trial before Magistrate Judge
    ☐ Written plea agreement/filed in open Court     ☐ Oral plea agreement
    ☐ Guilty plea:     ☐ Accepted     ☐ Rejected     ☐ Taken under advisement

☐ **OTHER**
    ☐ Type of hearing and outcome: _____

☐ **DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED**

**NOTES/EVIDENTIARY MATTERS/SENTENCING:**     **(Witnesses, Exhibits, Attach W/Ex List if necessary)**

W/Ex List attached