UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | No. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA, | ) ) ) |  |
| Defendant. | ) ) |  |

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Government's Motion for Stay of Release Order (Doc. No. 46) is **DENIED**.

The Government's Motion for Revocation of Release Order and Motion for Leave to File Brief in Support of Motion (Doc. No. 45) is **GRANTED IN PART**:

1. The Government shall file a memorandum of law in support of its motion on or before **July 2, 2025**;

2. Abrego shall file a response on or before **July 9, 2025**; and

3. The Government may file an optional reply on or before **July 14, 2025**.

The Court will hold an evidentiary hearing on the Government's Motion for Revocation (Doc. No.45) on **July 16, 2025** at 1:00 p.m. No later than noon on **July 14, 2025**, the parties shall file a witness list and exhibit list for the hearing. The witness list shall include a one to two sentence statement of the anticipated testimony. All anticipated exhibits shall be provided to chambers by 9:00 a.m. on **July 15, 2025**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE