IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 3:25-cr-00115-1 |
| ) | |
| KIILMAR ARMANDO ABREGO GARCIA ) | |

**O R D E R**

By no later than **noon on June 26, 2025**, the defendant Kilmar Armando Abrego Garcia ("Abrego") shall submit his supplemental briefing on the issues described during the release hearing held on June 25, 2025. The United States shall submit its response by no later than **noon on June 27, 2025**. The parties' submissions shall not exceed five (5) pages each.

Abrego shall remain in the custody of the U.S. Marshal pending entry of the Court's release order and order setting conditions of release, which shall issue following the parties' submissions directed above.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge