IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) Case No. 3:25-cr-00115-1 |
| | ) |
| KILMAR ARMANDO ABREGO GARCIA | ) |

**O R D E R**

In its submission due by noon (CDT) today, the government shall also respond to the emergency motion filed by the defendant Kilmar Abrego Garcia (Docket No. 63.)

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge