IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

## MOTION TO SET JURY TRIAL DATE

The United States of America, by and through Robert E. McGuire, Acting United States Attorney, respectfully moves this Court to set a jury trial date in this matter. The Defendant made an Initial Appearance on June 6, 2025 (DE # 10) and was arraigned on June 13, 2025 (DE # 53). The Defendant is entitled a jury trial within 70 days of his initial appearance. 18 U.S.C. § 3161(c).

The United States notes that it has moved for a protective order for discovery (DE # 68) and is in discussions with defense counsel about whether the parties can agree on a protective order for discovery. Once the parties can agree on a protective order and can submit same to this Court, the United States is prepared to make a discovery production immediately thereafter.

While, as noted, the discovery process is ongoing, the United States feels it is appropriate for the Court to set a date for a jury trial to comply with the Speedy Trial Act. The United States would seek to try the defendant as soon as possible.

Respectfully Submitted,

*/s/ Robert E. McGuire*
Robert E. McGuire
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN  37203

*/s/ Jacob Warren*

1

Jacob Warren
Co-Director, Task Force Vulcan

*/s/ Christopher Eason*
Christopher Eason
Co-Director, Task Force Vulcan

*/s/ Jeremy Franker*
Jeremy Franker
Deputy Director, Task Force Vulcan