IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

## MOTION TO REDACT TRANSCRIPT

The United States of America, by and through Robert E. McGuire, Acting United States Attorney, hereby moves to redact a portion of the detention hearing transcript because it references sensitive material. The United States would request to redact pages 93 to 95 (PageID # 294 to 296) and Lines 10-13 from page 134 (PageID # 335) from the public transcript because the discussion at sidebar between the prosecution, the defense, and the Magistrate Judge references materials that should properly be kept confidential under the Federal Rules of Criminal Procedure.

Undersigned counsel has conferred with defense counsel who have authorized undersigned counsel to state they do not oppose this motion. For the foregoing reasons, the United States respectfully requests this Court grant its motion.

Respectfully Submitted,

*/s/ Robert E. McGuire*
Robert E. McGuire
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN  37203

1