Motion (69) is **GRANTED.** All counsel are expected to comply with the Local Rules of this Court.

*/s/ Waverly D. Crenshaw, Jr.*
US DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.

KILMAR ARMANDO ABREGO GARCIA,

*Defendant.*

No. 3:25-cr-115

Judge Waverly D. Crenshaw, Jr.

**MOTION AND MEMORANDUM OF LAW IN SUPPORT OF ISSUANCE OF ORDER REQUIRING COMPLIANCE WITH LOCAL CRIMINAL RULE 2.01**