# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:25-cr-00115 |
| v. | |
| KILMAR ARMANDO ABREGO GARCIA | Judge Waverly D. Crenshaw, Jr. |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, AUSA Jason Harley hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for the United States of America.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court: Western District of Oklahoma

    Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

    None.

3. I have not been found in contempt by any court or tribunal, except as provided below:

    None.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

    None.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

None.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

None.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Robert McGuire, Acting United States Attorney, Middle District of Tennessee
719 Church St. #3300, Nashville, TN 37203
(615) 736-5151; robert.mcguire@usdoj.gov

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ _[signature]_ Signature

Name: Jason Harley
State where admitted and State Bar Number: Oklahoma #22165
Business Address: jason.harley@usdoj.gov
Local Address [if different from above]: 719 Church St. #3300, Nashville, TN 37203
Phone: (405) 640-7617
Email: jason.harley@usdoj.gov

# CERTIFICATE OF SERVICE

[Include certificate of service if required by Fed. R. Civ. P. 5(d)(1)(B) and attach as separate page if necessary due to space constraints.]

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 10 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

Attorneys with CM/ECF filing privileges in this Court may file Motions for Admission *Pro Hac Vice* via CM/ECF. For movants who do not yet have CM/ECF filing privileges, local counsel may file Motions for Admission *Pro Hac Vice* on their behalf. Additionally, counsel may file the Motion phv@tnmd.uscourts.gov.