# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA )
) ss.
WESTERN DISTRICT OF OKLAHOMA )

I, *Joan Kane,* Clerk of the United States District Court for the Western District of Oklahoma,

**DO HEREBY CERTIFY that** <u>Jason Harley</u> , **Federal Bar #** <u>22165</u> , **was duly admitted to practice in said Court on** <u>September 6, 2018</u> , **and is in good standing as a member of the bar of the Court.**

*JOAN KANE, Clerk*

**Dated at Oklahoma City, Oklahoma**

**on** <u>July 9, 2025</u>   **By:** *Joan Kane*
  **Clerk**

dl/ Rev 04/22/2014