IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

**EXHIBIT LIST FOR EVIDENTIARY HEARING
ON GOVERNMENT'S MOTION TO REVOKE RELEASE ORDER**

The United States of America, by and through Robert E. McGuire, Acting United States Attorney, pursuant to this Court's Order (DE # 56) submits this list of potential exhibits that may be offered by the United States at the evidentiary hearing in this matter set for July 16, 2025, at 1:00 p.m.:

1. CD containing body worn camera (BWC) footage and dash camera footage from the November 30, 2022, traffic stop;

2. Photo of "roster" created by passengers during November 30, 2022, traffic stop;

3. Photo of "roster" during traffic stop;

4. Photo of phone number provided by defendant during traffic stop;

5. Cell phone records for phone number ending in 5996;

6. Vehicle registration – Chevy Suburban

7. Judgment – CW-1

8. Record of Virginia Uniform Summons – July 24, 2021;

9. Order of protection petition 2020;

10. Order of protection petition 2021;

11. Snapchat messages from "soytugaa";

12. Transcript of the June 13, 2025, detention hearing;

13. CAST report for number ending 5996 for November 29, 2022, to December 1, 2022;

14. Information regarding passengers on November 30, 2022;

15. Contact of "Kitmar Chofer" in CC-1 phone

At the hearing, the United States will ask that these exhibits—which contain personal and/or sensitive information—be placed under seal.

Respectfully Submitted,

*/s/ Robert E. McGuire*
Robert E. McGuire
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN  37203

*/s/ Jacob Warren*
Jacob Warren
Co-Director, Task Force Vulcan

*/s/ Christopher Eason*
Christopher Eason
Co-Director, Task Force Vulcan

*/s/ Jeremy Franker*
Jeremy Franker
Deputy Director, Task Force Vulcan