IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

## WITNESS LIST FOR EVIDENTIARY HEARING
## ON GOVERNMENT'S MOTION TO REVOKE RELEASE ORDER

The United States of America, by and through Robert E. McGuire, Acting United States Attorney, pursuant to this Court's Order (DE # 56) submits this list of potential witnesses who the United States may call at the evidentiary hearing in this matter set for July 16, 2025, at 1:00 p.m.:

1. Special Agent Peter Joseph, Homeland Security Investigations (HSI): SA Joseph is the case agent and will testify about his review of the body worn camera (BWC) footage from the November 30, 2022, traffic stop and his interviews with multiple witnesses during the course of the investigation.

Respectfully Submitted,

*/s/ Robert E. McGuire*
Robert E. McGuire
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203

*/s/ Jacob Warren*
Jacob Warren
Co-Director, Task Force Vulcan

*/s/ Christopher Eason*
Christopher Eason
Co-Director, Task Force Vulcan

*/s/ Jeremy Franker*
Jeremy Franker
Deputy Director, Task Force Vulcan

*/s/ Jason Harley*
Jason Harley
Task Force Vulcan