> Motion (87) is **GRANTED** and Doc. No. 88 shall be sealed.
>
> *[signature]* Waverly D. Crenshaw, Jr.
> US DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-CR-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

COMES NOW the United States of America, by and through the undersigned Acting United States Attorney, Robert E. McGuire, and moves this Court to allow the United States to file documents under seal in this case.

The United States notes that the Administrative Practices and Procedures for Electronic Case Filing (ECF) requires parties to file a motion seeking leave of the court prior to filing any documents electronically under seal. Therefore, because the documents the United States intends to file contain protected, confidential information, the United States respectfully requests that the court permit the filing of those documents under seal.

Respectfully submitted,

*s/ Robert McGuire*
ROBERT McGUIRE
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203