REV 09/18

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:25-CR-115

UNITED STATES OF AMERICA

V.

KILMAR ABREGO GARCIA

(list each defendant appearing at hearing)

Judge: WAVERLY D. CRENSHAW, JR.

Hearing Date: 7/16/2025

Location: ☑ Nashville  ○ Columbia  ○ Cookeville

Court Reporter: LISE MATTHEWS

Court Interpreter: Richard Singer, Monica Gross

## CRIMINAL MINUTES

Government Attorney(s): ROBERT MCGUIRE

Defense Attorney(s): RASCOE DEAN, JENNA DABBS, SEAN HECKER

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☑
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Evidentiary hearing held on July 16, 2025 to review the decision of detention.
- Trial date is set for January 27, 2026, at 9:00 a.m. Status conferences will be held in October and one in December. A sample Scheduling Order was provided to the parties and shall be submitted to the Court by July 30, 2025.
- Witness and exhibits presented.
- Court to take motion under advisement.

Total Time in Court: 2 hours 15 minutes

Clerk of Court
by: Melissa Seay