IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

**[PROPOSED] ORDER**

Pending before the Court is Defendant Kilmar Armando Abrego Garcia's Motion to Ensure Compliance with Local Criminal Rule 2.01. ECF 94.

On July 3, 2025, the Court granted Defendant's Motion and Memorandum of Law in Support of Issuance of Order Requiring Compliance with Local Criminal Rule 2.01, ECF 69. *See* ECF 73. Local Criminal Rule 2.01 provides:

> A lawyer who is participating or has participated in the investigation or litigation of a matter either directly or indirectly must not make an extrajudicial statement (other than a quotation from or reference to public records) that the lawyer knows or reasonably should know will be disseminated by public communication, and will have a substantial likelihood of materially prejudicing an adjudicative proceeding in the matter, including especially that will interfere with a fair trial.

L.R.Cr. 2.01(a)(1). The Rule applies to the "government agencies or offices, and the . . . employees of such . . . government agencies or offices, with which the lawyer is associated." *Id.* 2.01(a)(4). As the Court stated in its July 3, 2025 Order, all counsel are expected to comply with the Local Rules.

To protect the Defendant's right to a fair trial and the integrity of judicial proceedings, Defendant's Motion to Ensure Compliance with Local Criminal Rule 2.01 is **GRANTED**. Local

Criminal Rule 2.01 applies to the Department of Homeland Security and other government agencies or offices with which counsel are associated. Accordingly, it is hereby **ORDERED** that the government promptly notify all officials at DHS that are involved in the investigation of this case, and all officials in their supervisory chain, of the requirement to comply with Local Criminal Rule 2.01.

    IT IS SO ORDERED.

    _____
    WAVERLY D. CRENSHAW, JR.
    UNITED STATES DISTRICT JUDGE