UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA, | ) |
| Defendant. | ) |

## ORDER

For the reasons in the accompanying Memorandum Opinion, the Government's Motion for Revocation of Release Order (Doc. No. 45) is **DENIED**. This case is **REMANDED** to the Magistrate Judge for further proceedings. Abrego shall be released upon the issuance of the Magistrate Judge's release order with conditions.

Abrego has filed an Unopposed Motion to Stay Issuance of Release Order in Event of Denial of Motion for Revocation (Doc. No. 93). While this Motion (Doc. No. 93) is addressed to the Court, it finds it more appropriately handled by the Magistrate Judge, given she has yet to issue her release order. Accordingly, the Magistrate Judge shall rule Abrego's Motion (Doc. No. 93), which is not opposed by the Government.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE