IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cr-00115-1 |
| | ) | |
| KIILMAR ARMANDO ABREGO GARCIA | ) | |

**O R D E R**

Among the matters pending before the Court is the defendant Kilmar Abrego Garcia's [Unopposed] Motion to Stay Issuance of Release Order in Event of Denial of Motion for Revocation (Docket No. 93), which, as discussed in more detail below, is **GRANTED**.

Abrego's motion requests that "[i]n the event the Court denies the government's motion for revocation," the Court stay issuance of any release order for 30 days. (Id. at 2.) The motion further represents that the government consents to this request. (*Id.*)

The District Judge has now issued a memorandum opinion (Docket No. 95) and order (Docket No. 96) denying the government's motion for revocation, remanding this matter to the undersigned Magistrate Judge for further proceedings, and ordering that Abrego be released upon the issuance of a release order with conditions. The District Judge also directed Abrego's instant motion to stay to the attention of the undersigned Magistrate Judge for disposition. (*Id*. at 1.)

For the reasons requested in Abrego's motion, and because the government agrees to the requested stay, issuance of the order directing Abrego's release with conditions is **STAYED** for 30 days, subject to further order. Abrego shall therefore remain in the custody of the United States Marshal pending further order, as previously directed. *See* Order (Docket No. 67) at 4.

This stay does not, however, relieve either Abrego or the government of any other pretrial obligations directed by the District Judge.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge