IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:25-CR-00115 |
| | ) |
| KILMAR ARMANDO ABREGO GARCIA, | ) |
| | ) |
| Defendant. | ) |

## AGREED SCHEDULING ORDER

The United States of America, along with counsel for defendant, agree as follows:

This case will proceed to trial on **January 27, 2026, at 9:00 a.m.**

### Deadlines

Regarding pretrial motions, other deadlines, and status conferences, the parties agree to the following schedule:

### Status Conference

The Court will convene two status conferences on **September 4, 2025, at 10:00 a.m.** and **November 3, 2025, at 10:00 a.m.** unless the parties agree that such a conference is not necessary. No less than seven days before each status conference, each party shall file a status report that covers the following items:

    1.    Whether Defendant has reviewed with counsel discovery produced by the Government.

    2.    Whether Defendant's communication with his counsel is effective for the Defendant

and his counsel.

     3.     Whether there are any impediments to preparation of Defendant's defense for trial.

     4.     Whether Defendant and Defendant's counsel anticipate any pretrial motions.

     5.     Whether there is anything the parties need to bring to the Court's attention.

     6.     Whether the parties agree that a status conference before the Court is necessary and/or could be conducted telephonically.

## Pretrial Motions

| | |
|---|---|
| **October 10, 2025** | Motions regarding discovery issues, motions to suppress, motions to dismiss, or other pre-trial motions |
| **October 24, 2025** | Deadline for responses in opposition to pre-trial motions |
| **October 31, 2025** | Deadline for replies related to pre-trial motions |
| **Nov. 17, 2025** | Motion hearings (if necessary) |

## Expert Disclosures

| | |
|---|---|
| **November 3, 2025** | Deadline for the parties to disclose expert witnesses |

## *Daubert* Motions Related to Expert Witnesses

| | |
|---|---|
| **November 24, 2025** | Deadline for *Daubert* motions |
| **December 8, 2025** | Deadline for responses to *Daubert* motions |
| **December 15, 2025** | Deadline for replies to *Daubert* motions |
| **January 9, 2026** | *Daubert* hearing (if necessary) at 10:00 a.m. |

## Rule 12.2 Notice

| | |
|---|---|
| **November 10, 2025** | Deadline to file Rule 12.2 Notice |

## Rule 12.1 Notice

**November 10, 2025**   Deadline to file Rule 12.1 Notice

## Exhibit Review

**January 15, 2026**   Exhibit Review

**January 16, 2026**   Deadline for joint certification that exhibit review has been completed and statement of any related issues at noon

**January 20, 2026**   Any issues with exhibit review to be discussed at the pre-trial conference

## Motions in Limine

**November 24, 2025**   Deadline to file motions in limine

**December 8, 2025**   Deadline for responses to motions in limine

**December 15, 2025**   Deadline for replies to motions in limine

**January 20, 2026**   Hearing on motion in limine (at pre-trial conference)

## Government's Notices Pursuant to Rules 404(b) and 609

**November 3, 2025**   Government shall file notice of intent to offer evidence under Federal Rules of Evidence 404(b) and 609

**November 24, 2025**   Deadline for Federal Rule of Evidence 404 motions to admit or exclude

**December 8, 2025**   Deadline for responses to 404 motion

**December 15, 2025**   Deadline for reply to 404 responses

**January 9, 2026**   Hearing on 404 motion (if necessary) at 10:00 a.m.

### Juror Questionnaires/Hardships

**October 17, 2025**   Proposed Juror Questionnaires Due

**November 3, 2025**   Status Conference on proposed jury questionnaire beginning at 10:00 a.m.

**January 13, 2025**   Distribution of Completed Juror Questionnaires to the Parties

### Jencks Material Disclosure

**January 13, 2026**   Government shall disclose all remaining Jencks material to defendants

### Government's Witness Disclosure

**January 13, 2026**   Government shall disclose its witness list

### Defendants' Witness Disclosure

**January 13, 2026**   Defense shall disclose its witness list

### Jury Instructions, Verdict Form, Joint Statement of the Case and other matters

**January 13, 2026**   Proposed jury instructions, verdict form, joint statement of the case for jury selection and any case specific voir dire question that either party request be asked by the Court

### Pretrial Conference

**January 20, 2026**   Pretrial Conference from 9:00 a.m. – 5:00 p.m.

IT IS SO ORDERED.

                                        _____
                                        WAVERLY D. CRENSHAW, JR.
                                        UNITED STATES DISTRICT JUDGE