UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA, | ) |
| Defendant. | ) |

## ORDER

Before the Court are Abrego's Motion to Ensure Compliance with Local Criminal Rule 2.01 (Doc. No. 94) and Supplemental Motion regarding the same (Doc. No. 98). To the extent the Motions (Doc. Nos. 94, 98) seek clarification that Local Rule 2.01 applies both to the Department of Justice and the Department of Homeland Security, it is not clear on the record before the Court whether that is true of the latter. Nevertheless, for those before this Court, compliance with Local Criminal Rules 2.01(a)(1) and (a)(4) is not discretionary for all attorneys and their firms or agencies. To ensure that Abrego receives a fair trial, all counsel are subject to Local Criminal Rules 2.01(a)(1) and (a)(4) and Tennessee Rule of Professional Conduct 3.8(f). All counsel and those working with counsel shall ensure that any proper public communications include that the Indictment only contains allegations. Our Constitution requires that Abrego is presumed innocent unless and until proven guilty beyond a reasonable doubt by a jury.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE