UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA, | ) |
| Defendant. | ) |

## SCHEDULING ORDER

The United States of America, along with counsel for Defendant, agree as follows:

This case will proceed to trial on **January 27, 2026,** at 9:00 a.m., in Courtroom 5D, United States Courthouse, 719 Church Street, Nashville, TN. The final pretrial conference is on **January 20, 2026,** at 9:00 a.m.

### Status Conference

The Court will convene two in-person status conferences on **September 4, 2025, at 9:00 a.m.** and **November 3, 2025, at 9:00 a.m.**. No less than seven days before each status conference, the parties shall file a joint status report that covers the following items:

1. Whether Defendant has reviewed with counsel discovery produced by the Government.

2. Whether Defendant's communication with his counsel is effective for the Defendant and his counsel.

3. Whether either party has any impediments to preparation for trial.

4. Whether either party anticipates any pretrial motions.

5. Whether there is anything the parties need to bring to the Court's attention.

6. Whether the parties agree that a status conference before the Court is necessary.

1

## Pretrial Motions

**October 10, 2025**  Motions regarding discovery issues, motions to suppress, motions to dismiss, or any other pretrial motions, except motions in limine

**October 24, 2025**  Deadline to respond to pre-trial motions

**October 31, 2025**  Deadline to reply to pre-trial motions

**December 1, 2025**  Motion hearings (if necessary) at 1:00 p.m.

## Expert Disclosures

**November 3, 2025**  Deadline for the parties to disclose expert witnesses

## *Daubert* Motions Related to Expert Witnesses

**November 24, 2025**  Deadline to file *Daubert* motions

**December 8, 2025**  Deadline to respond to *Daubert* motions

**December 15, 2025**  Deadline to reply to *Daubert* motions

**TO BE DETERMINED**  *Daubert* hearing (if necessary)

## Rule 12.2 Notice

**November 10, 2025**  Deadline to file Rule 12.2 Notice

## Rule 12.1 Notice

**November 10, 2025**  Deadline to file Rule 12.1 Notice

## Exhibit Review

**January 15, 2026**  Exhibit Review

**January 16, 2026**  Deadline for joint certification that exhibit review has been completed and statement of any related issues at 12:00 p.m.

**January 20, 2026**  Any issues with exhibit review to be discussed at the pretrial conference

### Motions in Limine

**November 24, 2025**  Deadline to file motions in limine

**December 8, 2025**  Deadline to respond to motions in limine

**December 15, 2025**  Deadline to reply to response to motions in limine

**January 20, 2026**  Hearing on motions in limine at pretrial conference

### Government's Notices Pursuant to Rules 404(b) and 609

**November 3, 2025**  Government shall file notice of intent to offer evidence under Federal Rules of Evidence 404(b) and 609

**November 24, 2025**  Deadline to file Federal Rule of Evidence 404 motions to admit or exclude

**December 8, 2025**  Deadline to respond to 404 motion

**December 15, 2025**  Deadline to reply to 404 responses

**January 9, 2026**  Hearing on 404 motion (if necessary) at 9:00 a.m.

### Juror Questionnaires/Hardships

To ensure that Defendant receives a fair trial, from **October 1, 2025** through the duration of trial, counsel of record, those in their affiliated firms and agencies, and anyone who has participated in the investigation or litigation of this matter shall refrain from making extrajudicial statements that may be disseminated to the public, and will have a substantial likelihood of materially prejudicing the matter. See M.D. Tenn. L. Cr. R. 2.01(a).

**October 17, 2025**  Proposed Juror Questionnaires Due

**November 3, 2025**  Status Conference on proposed jury questionnaire beginning at 9:00 a.m.

**January 13, 2025**  Distribution of Completed Juror Questionnaires to the Parties

### Jencks Material Disclosure

**January 13, 2026**  Government shall disclose all remaining Jencks material to defendants

### Government's Witness Disclosure

**January 13, 2026**   Government shall file its witness list

### Defendants' Witness Disclosure

**January 13, 2026**   Defense shall file its witness list

### Jury Instructions, Verdict Form, Joint Statement of the Case and other matters

**January 13, 2026**   Proposed jury instructions, verdict form, joint statement of the case for jury selection and any case specific voir dire question that either party request be asked by the Court

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE