# EXHIBIT A

# Sixth Circuit Cases Involving Traffic Stop and 8 U.S.C. § 1324(a)(1)(A)(ii) Charge

Date Range: August 19, 2010 to August 19, 2025[1]

| No. | Case Caption | Days Between Traffic Stop and Date Charges Filed | Date of Traffic Stop | Date Charges Filed |
|---|---|---|---|---|
| | **Middle District of Tennessee** | | | |
| 1. | *United States v. Garcia*, No. 25-cr-115 (M.D. Tenn.), Dkt. 3 | 903 | November 30, 2022 | May 21, 2025 |
| 2. | *United States v. Sanchez*, No. 18-cr-242 (M.D. Tenn.), Dkt. 1, Dkt. 39 | 11 | August 3, 2018 | August 14, 2018 |
| 3. | *United States v. Bonilla-Cruz*, No. 17-cr-9 (M.D. Tenn.), Dkt. 3, Dkt. 32 | 28 | August 3, 2017 | August 31, 2017 |
| 4. | *United States v. Mateo-Lucas*, No. 17-cr-79 (M.D. Tenn.), Dkt. 1, Dkt. 34 | 1 | February 8, 2017 | February 9, 2017 |
| 5. | *United States v. Martinez-Colorado*, No. 16-cr-112 (M.D. Tenn.), Dkt. 1, Dkt. 17 | 1 | May 3, 2016 | May 4, 2016 |
| 6. | *United States v. Bravo*, No. 14-cr-100 (M.D. Tenn.), Dkt. 1, Dkt. 72 | 0 | June 26, 2014 | June 26, 2014 |
| 7. | *United States v. Anacleto-Estrada*, No. 12-cr-194 (M.D. Tenn.), Dkt. 1, Dkt. 10 | 4 | September 27, 2012 | October 1, 2012 |
| 8. | *United States v. Caez-Rosa*, No. 12-cr-112 (M.D. Tenn.), Dkt. 3, Dkt. 8 | 257 | First Traffic Stop: August 17, 2011 | April 30, 2012 |
| | | 35 | Second Traffic Stop: March 26, 2012 | |
| | **Eastern District of Tennessee** | | | |
| 9. | *United States v. Medina*, No. 19-cr-196 (E.D. Tenn.), Dkt. 1, Dkt. 11 | 0 | November 1, 2019 | November 1, 2019 |

---

[1] This table lists cases in the Sixth Circuit involving an indictment or information charging a violation of 8 U.S.C. § 1324(a)(1)(A)(ii) following a traffic stop identifiable in public court filings. No cases in the Eastern District of Michigan, the Western District of Michigan, the Eastern District of Kentucky, the Western District of Kentucky, or the Western District of Tennessee were identified.

| | | | | |
|---|---|---|---|---|
| 10. | *United States v. Esquivel-Alonso*, No. 19-cr-19 (E.D. Tenn.), Dkt. 1, Dkt. 24 | 1 | January 30, 2019 | January 31, 2019 |
| 11. | *United States v. Hernandez-Lanza*, No. 18-cr-11 (E.D. Tenn.), Dkt. 1, Dkt. 8 | 1 | January 16, 2018 | January 17, 2018 |
| 12. | *United States v. Regalado*, No. 16-cr-72 (E.D. Tenn.), Dkt. 1, Dkt. 10 | 5 | June 2, 2016 | June 7, 2016 |
| 13. | *United States v. Martinez*, No. 15-cr-82 (E.D. Tenn.), Dkt. 1, Dkt. 7 | 2 | May 27, 2015 | May 29, 2015 |
| 14. | *United States v. Guevara*, No. 14-cr-1 (E.D. Tenn.), Dkt. 1, Dkt. 9 | 1 | November 11, 2013 | November 12, 2013 |
| 15. | *United States v. Garcia-Duarte*, No. 13-cr-75 (E.D. Tenn.), Dkt. 1, Dkt. 13 | 1 | June 11, 2013 | June 12, 2013 |
| 16. | *United States v. Navarrete*, No. 12-cr-70 (E.D. Tenn.), Dkt. 1, Dkt. 10 | 1 | May 9, 2012 | May 10, 2012 |
| | **Northern District of Ohio** | | | |
| 17. | *United States v. Figueroa-Murillo*, No. 23-cr-55 (N.D. Ohio), Dkt. 1, Dkt. 8 | 3 | January 24, 2023 | January 27, 2023 |
| 18. | *United States v. Claudio-Curruchich*, No. 22-cr-661 (N.D. Ohio), Dkt. 1, Dkt. 8 | 1 | October 24, 2022 | October 25, 2022 |
| 19. | *United States v. Brizuela-Chinchilla*, No. 21-cr-425 (N.D. Ohio), Dkt. 1, Dkt. 11 | 9 | May 5, 2021 | May 14, 2021 |
| 20. | *United States v. Rios*, No. 19-cr-473 (N.D. Ohio), Dkt. 1, Dkt. 7 | 11 | July 15, 2019 | July 26, 2019 |
| 21. | *United States v. Perez-Canet*, No. 18-cr-725 (N.D. Ohio), Dkt. 1, Dkt. 11 | 1 | September 26, 2018 | September 27, 2018 |
| 22. | *United States v. Cerrato-Almendares*, No. 18-cr-105 (N.D. Ohio), Dkt. 1, Dkt. 9 | 38 | December 4, 2017 | January 11, 2018 |
| 23. | *United States v. Barahona-Vargas*, No. 18-cr-56 (N.D. Ohio), Dkt. 1, Dkt. 12 | 11 | October 27, 2017 | November 7, 2017 |

| | | | | |
|---|---|---|---|---|
| 24. | *United States v. Montejo-Lopez*, No. 17-cr-468 (N.D. Ohio), Dkt. 1, Dkt. 12 | 16 | August 27, 2017 | September 12, 2017 |
| 25. | *United States v. Carrillo-Gomez*, No. 16-cr-206 (N.D. Ohio), Dkt. 1, Dkt. 7 | 3 | May 29, 2016 | June 1, 2016 |
| 26. | *United States v. Gonzalez-Corea*, No. 16-cr-2 (N.D. Ohio), Dkt. 1, Dkt. 7 | 1 | December 3, 2015 | December 4, 2015 |
| 27. | *United States v. Hernandez*, No. 15-cr-467 (N.D. Ohio), Dkt. 1, Dkt. 9 | 1 | December 3, 2015 | December 4, 2015 |
| 28. | *United States v. Lopez-Rodriguez*, No. 15-cr-141 (N.D. Ohio), Dkt. 1, Dkt. 8 | 2 | March 17, 2015 | March 19, 2015 |
| 29. | *United States v. Garcia*, No. 13-cr-430 (N.D. Ohio), Dkt. 1, Dkt. 11 | 2 | August 26, 2013 | August 28, 2013 |
| 30. | *United States v. Canseco-German*, No. 12-cr-243 (N.D. Ohio), Dkt. 1, Dkt. 14 | 1 | April 17, 2012 | April 18, 2012 |
| 31. | *United States v. Hidalgo-Cordona*, No. 12-cr-19 (N.D. Ohio), Dkt. 1, Dkt. 8 | 8 | December 13, 2011 | December 21, 2011 |
| 32. | *United States v. Llanez-Garcia*, No. 11-cr-177 (N.D. Ohio), Dkt. 1, Dkt. 10 | 2 | April 6, 2011 | April 8, 2011 |
| 33. | *United States v. Williamson*, No. 11-cr-155 (N.D. Ohio), Dkt. 1, Dkt. 6 | 1 | March 23, 2011 | March 24, 2011 |
| **Southern District of Ohio** | | | | |
| 34. | *United States v. Williamson*, No. 13-cr-156 (S.D. Ohio), Dkt. 1, Dkt. 9 | 0 | October 25, 2013 | October 25, 2013 |
| 35. | *United States v. Rios-Moctezuma*, No. 12-cr-106 (S.D. Ohio), Dkt. 1, Dkt. 12 | 11 | July 7, 2012 | July 18, 2012 |
| 36. | *United States v. Martinez-Garcia*, No. 11-cr-93 (S.D. Ohio), Dkt. 1, Dkt. 11 | 11 | May 27, 2011 | June 7, 2011 |
| 37. | *United States v. Varillas-Santiago*, No. 11-cr-93 (S.D. Ohio), Dkt. 1, Dkt. 11 | 11 | May 27, 2011 | June 7, 2011 |
| 38. | *United States v. Jimenez-Lucero*, No. 11-cr-49 (S.D. Ohio), Dkt. 1, Dkt. 9 | 2 | March 14, 2011 | March 16, 2011 |