IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES ) | |
| ) | Case No. 3:25-cr-00115 |
| v. ) | Judge Crenshaw |
| ) | Magistrate Judge Holmes |
| KILMAR ARMANDO ABREGO GARCIA ) | |

**O R D E R**

On August 19, 2025, the defendant Kilmar Armando Abrego Garcia ("Abrego") filed a motion to modify conditions of release and issue release order. (Docket No. 106.) The motion does not indicate whether the motion or the requested relief were discussed with the United States (the "government"). Counsel for Abrego and counsel for the government must confer with each other and with Pretrial Services about the requested relief, including specifically but without limitation, any logistical issues. If neither the government nor Pretrial Services opposes the requested relief, Abrego must, **by 5:00 p.m. (CDT) on August 20, 2025**, file a notice of no opposition.

Otherwise, the government must, by no later than **noon on August 21, 2025**, file any response in opposition to any aspect of Abrego's motion.

If the government opposes any relief requested by Abrego, a hearing will be held on **August 25, 2025 at 10:30 a.m. (CDT)**, in Courtroom 3D, Fred D. Thompson U.S. Courthouse, 719 Church Street, Nashville, Tennessee. The U.S. Marshal is directed to transport Abrego for the scheduled hearing.

The stay of issuance of the release order, *see* Docket No. 97, shall remain in effect pending a ruling on Abrego's motion to modify conditions of release.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge