IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES ) | |
| ) | Case No. 3:25-cr-00115 |
| v. ) | Judge Crenshaw |
| ) | Magistrate Judge Holmes |
| KILMAR ARMANDO ABREGO GARCIA ) | |

**O R D E R**

The hearing scheduled for August 25, 2025 (Docket No. 107), on the defendant Kilmar Armando Abrego Garcia's motion (Docket No. 106) to modify conditions of release and issue release order is **CANCELLED**. The Court will separately enter an order for the defendant Kilmar Armando Abrego Garcia's pretrial release on conditions.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge