UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant Kilmar Armando Abrego Garcia's ("Abrego") Motion to Dismiss for Vindictive and Selective Prosecution (Doc. No. 104). Notwithstanding the Scheduling Order (Doc. No. 103) and to assist the Court in considering Abrego's Motion (Doc. No. 104), the Government shall file a response to Abrego's Motion (Doc. No. 104) on or before Tuesday, **September 2, 2025**. Abrego may file an optional reply on or before Tuesday, **September 9, 2025**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE