UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is the Government's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss for Vindictive and Selective Prosecution (Doc. No. 114), requesting the Court modify its previously issued briefing schedule on Abrego's Motion (Doc. Nos. 104, 107) to account for Abrego's recent supplemental filing (Doc. No. 113). The Government's Motion (Doc. No. 114) is **GRANTED**. The Government shall file a response to Abrego's Motion (Doc. No. 104) on or before Monday, **September 15, 2025**. Abrego may file an optional reply on or before Monday, **September 22, 2025**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE