# EXHIBIT A

 **Outlook**

## U.S. v. Abrego Garcia

**From** Jenna Dabbs <jdabbs@heckerfink.com>

**Date** Thu 7/3/2025 1:33 PM

**To** McGuire, Robert (USATNM) <robert.mcguire@usdoj.gov>; jacob.warren@usdoj.gov <jacob.warren@usdoj.gov>; chris.eason@usdoj.gov <chris.eason@usdoj.gov>; jeremy.franker@usdoj.gov <jeremy.franker@usdoj.gov>

**Cc** Sean Hecker <shecker@heckerfink.com>; David Patton <dpatton@heckerfink.com>; Rascoe Dean <rdean@srvhlaw.com>

Hi all, would you please confirm that you will send Judge Crenshaw's order (Dkt. 73) to everyone in your respective supervisory chains, as well as to any government agencies or offices (as defined in Local Criminal Rule 2.01(a)(4)) involved in the case?

Thanks very much,
Jenna

**Jenna Dabbs | Hecker Fink LLP**

350 Fifth Avenue | 63rd Floor

New York, NY 10118

(W) 929.294.2540 | (M) 347.578.3070

jdabbs@heckerfink.com