# McGuire, Robert (USATNM)

| | |
|---|---|
| **From:** | Rascoe Dean <rdean@srvhlaw.com> |
| **Sent:** | Friday, August 22, 2025 9:52 PM |
| **To:** | McGuire, Robert (USATNM) |
| **Cc:** | Sean Hecker; Jenna Dabbs; David Patton |
| **Subject:** | [EXTERNAL] RE: Abrego plea offer |

Hi Rob,

Thanks very much for sending this draft plea agreement our way. We don't agree with your suggestion that this is the agreement Mr. Abrego "wanted"—there are lots of things the government has been insisting on that he does not want. But we appreciate your reconsideration on the "safety valve" language from the plea agreement, as well as the government's willingness to designate Costa Rica as Mr. Abrego's country of deportation. As you know, it is important to Mr. Abrego that he have assurance that he'll be deported to a specific Spanish-speaking country in Central America where he would have status, could live freely and safely, and would not be refouled to El Salvador.

Mr. Abrego is considering the government's offer, and we believe that obtaining clarity on the following point would help Mr. Abrego evaluate the offer in the coming days: If Mr. Abrego accepts the agreement and files a motion to change his plea before the 8:00 am EST deadline on August 25, 2025, will ICE withdraw (a) its notice requiring Mr. Abrego to appear at its offices on the morning of August 25; and (b) the notification of its intention to send him to Uganda?

Thanks,

Rascoe

---

**From:** McGuire, Robert (USATNM) <Robert.McGuire@usdoj.gov>
**Sent:** Friday, August 22, 2025 4:59 PM
**To:** Rascoe Dean <rdean@srvhlaw.com>; Sean Hecker <shecker@heckerfink.com>; Jenna Dabbs <jdabbs@heckerfink.com>; David Patton <dpatton@heckerfink.com>
**Subject:** Abrego plea offer

All –

I have attached a proposed plea agreement for Mr. Abrego both in a Word copy and .pdf copy signed by the Government. This plea agreement contains language about his agreed deportation to Costa Rica, one of the countries that the Defendant chose as an acceptable place for him to be deported to. It does not contain any "safety valve" language which we understand he previously objected to. He asked for certainty; this agreement provides it. He asked for written assurance from the receiving country; the letter from Costa Rica provides it. We believe that this is the agreement he asked for as late as this past Monday and Tuesday. This is the agreement that we believe he wanted.

This offer represents our best and final offer to Mr. Abrego, and it expires on **Monday, August 25, 2025, at 8:00 a.m. EST.**  Given the tight time frame that we are now on to respond to your most recent motion, we need to know quickly about how we are going to proceed in the case.

While certainly I would need to know of his acceptance by call/email, if Mr. Abrego accepts this agreement, then he needs to file a motion to set a change of plea hearing before the offer expires to confirm that agreement. We would expect the Court to set the change of plea hearing as soon as practicable. We would also anticipate that he would also withdraw his most recent motion as part of moving to change his plea.

I look forward to your response.

Rob

**Robert E. McGuire**
Acting United States Attorney
719 Church Street, Suite 3300
(615) 736-5151



------- Sherrard Roe Voigt & Harbison, PLC Disclaimer -------

THIS IS A CONFIDENTIAL COMMUNICATION protected by the attorney-client privilege and the work product doctrine. If you are not the intended recipient of this communication, please delete it immediately without opening any attachments. Please notify the sender by reply e-mail that you received this e-mail in error or call (615) 742-4200.