IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney, and moves amend the previously issued Scheduling Order (DE # 103) as it relates to the time frame for jury questionnaires.

Presently, pursuant to the Court's scheduling order, completed jury questionnaires are to be distributed to the parties on Tuesday, January 13, 2026. After consultation with the Jury Coordinator, the United States submit that additional time for the compilation and distribution of the completed jury questionnaires is desired. Therefore, the United States would move to amend the Scheduling Order to reflect that the completed jury questionnaires are now to be delivered to the parties by 5:30 p.m. on Thursday, January 15, 2026.

Undersigned counsel has conferred with counsel for the defense who have no objection to this Motion.

Respectfully Submitted,

*/s/ Robert E. McGuire*
ROBERT E. McGUIRE
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203

1