IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

## GOVERNMENT'S STATUS REPORT

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney, and submits the following Status Report pursuant to this Court's prior Scheduling Order (DE # 103). The United States provides below, from its perspective, the answers to the Court's questions described in that Order.

1. *Whether Defendant has reviewed with counsel discovery produced by the Government:*

The United States has made discovery productions on July 27, 2025, September 10, 2025, and September 12, 2025. The United States will continue to work with the defense to resolve any outstanding discovery issues.

2. *Whether Defendant's communication with his counsel is effective for the Defendant and his counsel:*

The defendant is presently housed at an Immigrations & Customs Enforcement (ICE) detention facility in Farmville, Virginia. The United States would submit that counsel has access to the defendant both in person and by telephone subject to the rules and regulations of that facility.

3. *Whether either party has any impediments to preparation for trial:*

The United States presently sees no impediments to prepare for trial.

1

*4. Whether either party anticipates any pretrial motions:*

The United States anticipates filing motions in limine only.

*5. Whether there is anything the parties need to bring to the Court's attention:*

The United States has nothing to bring to the Court's attention at filing.

*6. Whether the parties agree that a status conference before the Court is necessary:*

The United States submits that a status conference before the Court is not presently necessary.

Respectfully Submitted,

*/s/ Robert E. McGuire*
ROBERT E. McGUIRE
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN  37203
