UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | |
| ) | NO. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO ) | |
| GARCIA ) | |

## ORDER

In footnote 31 of his Memorandum in Support of his Motion to Dismiss the Indictment, Defendant claims to have already sent the government a discovery request letter dated July 13, 2025. (Doc. No. 105 at 24). The Court has not been provided with a copy of that letter.

The parties shall jointly file a copy of the July 13, 2025 letter no later than **9:00 a.m. on September 25, 2025** (CST).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE