UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Previously the Court reminded counsel of record of their and the parties obligations to comply with the Local Criminal Rules and Tennessee Rules of Professional Conduct regarding public communications about this case. (Doc. Nos. 73 and 101) (citing Local Criminal Rule 2.01(a)(1) and (a)(4) and Tennessee Rule of Professional Conduct 3.8(f)). In the Scheduling Order (Doc. No. 103) the Court admonished counsel of record and their affiliated firms, agencies and anyone who participated in the investigation or litigation of this matter, to refrain from making any extrajudicial statement that may or will have a substantial likelihood of materially prejudicing this matter. (Doc. No. 103 at 3). Over the next few weeks the parties will begin preparation of a proposed juror questionnaire, so this is an appropriate time for the Court to ensure that counsel of record are diligently complying with the Local Criminal Rules. Accordingly, on or before Friday, **October 3, 2025,** each counsel of record shall file a report on what that counsel of record has done to comply with the Court's Order of July 31, 2025 (Doc. No. 101) and Local Criminal Rule 2.01(a)(1) and (a)(4) and Tennessee Rule of Professional Conduct 3.8(f).

1

The Government shall respond to Defendant's Motion to Refrain from Making Prejudicial Extrajudicial Statements (Doc. No. 118) on or before Friday, **October 10, 2025.** Before that date the Court directs counsel to meet and confer on an agreed order to resolve the motion.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
UNITED STATES DISTRICT JUDGE