IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

## STATUS UPDATE REGARDING DEFENDANT KILMAR ARMANDO ABREGO GARCIA'S ACCESS TO COUNSEL

On September 19, 2025, Kilmar Armando Abrego Garcia filed a status report detailing how the government's decision to detain Mr. Abrego in the Farmville Detention Center ("Farmville") in Virginia, pending immigration proceedings, placed substantial burdens on the defense's ability to meet with Mr. Abrego and properly prepare for trial, and requested the Court's assistance to resolve these issues. (Dkt. 124). On September 22, the Court instructed defense counsel to file an appropriate motion and set an expedited briefing schedule for the anticipated motion. (Dkt. 126). On September 26, Immigration and Customs Enforcement ("ICE") notified Mr. Abrego's immigration counsel, who promptly notified the undersigned, that Mr. Abrego had been transferred to Moshannon Valley Processing Center ("Moshannon") in Phillipsburg, Pennsylvania, earlier that morning. The government reached out shortly thereafter to notify the undersigned of the same.

An ICE official informed Mr. Abrego's immigration counsel that this transfer "will allow Mr. Abrego-Garcia's legal team greater access to him." It is not yet clear whether that is true. Travel to Moshannon is far more difficult for the members of the defense team based in Nashville, and is not appreciably easier for the New York-based members of the defense team, compared to

Farmville. Conditions at Moshannon are also deeply concerning—a detainee died by hanging last month, there have been recent reports of assaults, inadequate medical care, and insufficient food, and the Department of Homeland Security abruptly terminated an internal investigation into allegations of excessive force and abuses by guards at the facility.[1] Nonetheless, the government has asserted that Moshannon will allow defense counsel to bring laptops into the facility and accommodate longer legal visits.

We are submitting this notice to explain to the Court why a motion regarding difficulties meeting with Mr. Abrego at Farmville is not being promptly filed, and we will update the Court once there is more visibility into Mr. Abrego's access to counsel and ability to prepare for trial at Moshannon.

Dated: September 26, 2025
New York, New York

Respectfully submitted,

/s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

* admitted *pro hac vice*

---

[1] *See* Max Marin et al., *Inside Pa.'s largest immigrant detention center: Violence, desperation, little oversight*, Philadelphia Inquirer (Sept. 17, 2025), https://www.inquirer.com/news/ice-immigrant-detention-moshannon-valley-processing-center-pennsylvania-20250916.html; Emily Neil, *Pennsylvania advocates call for shutdown of Moshannon after ICE detainee's death*, WHYY (Aug. 7, 2025), https://whyy.org/articles/ice-detention-center-died-pennsylvania-moshannon/; Elena Eisenstadt, *Immigrant detentions surge at Pa. center accused of abuse as Trump crackdown intensifies*, Spotlight PA (June 13, 2025), https://www.spotlightpa.org/statecollege/2025/06/pennsylvania-immigration-detention-center-abuse-allegations/.

Rascoe Dean (No. 034209)
SHERRARD ROE VOIGT & HARBISON PLLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando Abrego Garcia*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102.

/s/ Sean Hecker