UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA, | ) |
| Defendant. | ) |

## ORDER

For the reasons in the accompanying Memorandum Opinion, Defendant Kilmar Armando Abrego Garcia's ("Abrego") request for discovery and an evidentiary hearing is **GRANTED**. Abrego's Motion to Dismiss for Vindictive and Selective Prosecution (Doc. No. 104) is **RESERVED** pending discovery and an evidentiary hearing.

A status conference is set for Friday, **October 10, 2025,** at 9:00 a.m. to discuss the narrow scope of discovery. The Court will also select a tentative date for the evidentiary hearing. The Court requires counsel to meet and confer on the narrow scope of discovery. No later than 9:00 a.m. on Thursday, **October 9, 2025,** the parties shall file a joint report that includes (1) agreed topics for discovery, (2) topics of disagreement, and (3) a timetable to complete discovery. The parties should not anticipate that discovery will delay the trial set for Tuesday, **January 27, 2026.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE