IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

## MOTION TO EXCUSE ATTORNEY APPEARANCE

David Patton, counsel to Defendant Kilmar Armando Abrego Garcia, respectfully requests that this Court excuse him from appearing at the status conference set for Friday, October 10, 2025, at 9:00 a.m. (Dkt. 140). As cause, undersigned counsel submits that he will be traveling to Washington, D.C., for a previous work obligation on Friday, October 10, 2025. Undersigned counsel's co-counsel, Jenna Dabbs and Rascoe Dean, will be present at the hearing to represent Mr. Abrego. Undersigned counsel therefore respectfully requests that this Court excuse his appearance at the status conference.

Dated: October 8, 2025
      New York, New York

Respectfully submitted,

/s/ David Patton
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com

1

jdabbs@heckerfink.com
dpatton@heckerfink.com

\* admitted *pro hac vice*

Rascoe Dean (No. 034209)
SHERRARD ROE VOIGT & HARBISON PLLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando Abrego Garcia*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102.

/s/ David Patton