IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

## NOTICE REGARDING DEFENDANT'S APPEARANCE

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney, and submits the following Notice regarding the Defendant's appearance at the previously ordered October 10, 2025, status conference (DE # 140.) The United States will not be able to deliver the Defendant in person for this conference.

For cause, the United States would submit that the Court has ordered the Government to be present for a November 3, 2025, status conference (DE # 126) and, because the Government has sufficient lead time to orchestrate the Defendant's transportation, the United States—barring something unforeseen—will deliver the Defendant to that hearing. However, the Court ordered the October 10th status conference on the afternoon of Friday, October 3rd which has not given the Government sufficient time to transport the Defendant to Nashville from where he is housed in Pennsylvania and determine a location where he can be housed while in Nashville. Further, the case involving Defendant's *habeas corpus* petition before Judge Xinis in the District of Maryland (the "Maryland case") had a hearing on October 6, 2025, and has an evidentiary hearing also scheduled for October 10, 2025. Finally, while undersigned counsel has petitioned the Department of Justice (DOJ) attorneys assigned to the Maryland case to move for relief from Judge Xinis'

1

transportation restriction, this has not yet occurred and the Government is still, at filing, bound by that order.

Given that the United States anticipates the status conference to concern (primarily) scheduling the evidentiary hearing and discussing discovery disputes, the United States respectfully submits that, as this Court has ordered in other cases that undersigned counsel has been a part of, this Court could excuse the Defendant's personal appearance on October 10th and direct defense counsel to obtain a transcript of the hearing for his review.

Based on the foregoing, the United States provides notice to the Court and defense counsel that the Defendant will not be delivered to Nashville for the October 10, 2025, status conference.

Respectfully Submitted,

*/s/ Robert E. McGuire*
ROBERT E. McGUIRE
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN  37203

*/s/ Jason Harley*
JASON HARLEY
Task Force Vulcan
