REV 09/18

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:25-CR-115

**UNITED STATES OF AMERICA**

V.

Judge: Waverly D. Crenshaw, Jr.

Hearing Date: 10/10/2025

KILMAR ABREGO GARCIA

Location: ☑ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: LISE MATTHEWS

Court Interpreter:

(list each defendant appearing at hearing)

# CRIMINAL MINUTES

Government Attorney(s): ROBERT MCGUIRE

Defense Attorney(s): RASCOE DEAN, JENNA DABBS

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☑
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- An evidentiary hearing will be held on November 3, 2025. By October 30, 2025 the parties shall file witness and exhibit lists.
- Proposed juror questionnaire due by October 17, 2025. A joint status report is due by October 17, 2025.
- Order to enter.

Total Time in Court: 18 minutes

Clerk of Court
by: MELISSA SEAY