# EXHIBIT A
# (Video Filed Manually Under Seal)