# EXHIBIT C
# (Video Filed Manually)