# EXHIBIT D
# (Excel Filed Manually)