# EXHIBIT E
# (Video Filed Manually)