# EXHIBIT F
# (Video Filed Manually)