# EXHIBIT I
## (Audio Filed Manually Under Seal)