UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) |  |
|  | ) | NO. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA | ) |  |

# ORDER

Pending before the Court are Defendant's Motions to Seal certain exhibits to his respective suppression motions (Doc. Nos. 152 and 156) and Motion to Manually File Certain Exhibits (Doc. No. 154). The Motion to Manually File Certain Exhibits (Doc. No. 154) is **GRANTED**. Regarding Defendant's two Motions to Seal, Defendant represents that he does not believe the documents should be under seal but filed them under seal "out of an abundance of caution" to comply with the protective order in this case. (Doc. Nos. 152 and 156). If the Government believes these exhibits should remain under seal, it must submit a memorandum of law explaining why sealing is required, by **October 17, 2025**. If the Government does not do so, the Clerk shall unseal these exhibits.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE