UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |   |
|---|---|---|
|   | ) |   |
| v. | ) | NO. 3:25-cr-00115 |
|   | ) |   |
| KILMAR ARMANDO ABREGO GARCIA | ) |   |

**ORDER**

On September 26, 2025, the Court ordered each counsel of record to file a report on what that counsel has done to comply with the Court's Order of July 31, 2025. (Doc. No. 132). In response, the Government filed a joint report that references Mr. Harley in a footnote. (Doc. No. 139). The Court will construe the Government's October 3rd filing as a report by Mr. McGuire. Therefore, the Court directs Mr. Harley to file his own report on or before **October 15, 2025**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE