IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:25-cr-00115 |
| ) | |
| ) | JUDGE CRENSHAW |
| ) | |
| KILMAR ARMANDO ABREGO GARCIA ) | |

## GOVERNMENT'S STATUS REPORT

COMES NOW the United States of America, by and through Jason M. Harley, Trial Attorney, Joint Task Force Vulcan, and submits the following Status Report pursuant to this Court's October 14, 2025 Order (DE # 161).[1] I have reviewed the Court's Order from July 31, 2025 (DE # 101), Local Criminal Rule 2.01(a)(1), and Tennessee Rule of Professional Conduct 3.8(f).

I have made no public comments whatsoever about this case, either prior to my assignment to the case, or during my ongoing participation in this case. No attorney or agent assigned to Joint Task Force Vulcan has made any public comment about this case. I have not been consulted about or had any prior knowledge of any public comments made about this case by other members of the Department of Justice or the Department of Homeland Security.

Respectfully Submitted,

 */s/ Jason Harley*
JASON M. HARLEY
Trial Attorney, Joint Task Force Vulcan
*Pro Hac Vice*
719 Church St., Suite 3300
Nashville, TN 37203

---

[1] The Government's prior attempt (DE #139) to comply with the Court's Order (DE # 132) was in no way an effort to disregard the Court's directives and, instead, was an only an effort to jointly and succinctly convey compliance with the Court's Orders by each member of the prosecution team.

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025, I electronically filed this document with the clerk of the court by using the CM/ECF system, which sends a notice of the filing to the following counsel for Defendant: Rascoe S. Dean, David Patton, Jenna M. Dabbs, and Sean Hecker.

>	*/s/ Jason Harley*
>	JASON M. HARLEY
>	Trial Attorney, Joint Task Force Vulcan
>	*Pro Hac Vice*
>	719 Church St., Suite 3300
>	Nashville, TN 37203