IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

**<u>GOVERNMENT'S RESPONSE REGARDING THE SEALING OF CERTAIN EXHIBITS FILED UNDER SEAL BY DEFENSE COUNSEL AND MOTION TO SEAL EXHIBIT J</u>**

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney, and submits the following Response pursuant to this Court's Order (DE # 160). The United States submits that it has no objection to either exhibit being unsealed for the reasons that follow. However, the United States further submits that Exhibit J (Letter from R. McGuire dated September 12, 2025), should also be sealed for the reasons that follow and makes that Motion as part of this Response.

On July 8, 2025, this Court entered a Joint Protective Order. (DE # 77). Based upon that order, certain materials provided to the defendant were marked as either "Disseminate" or "Do NOT Disseminate". These designations made it easy to identify the items that Mr. Abrego could keep and the items that Mr. Abrego could review with his legal team but not retain. This was done to protect the cooperators from any harm or being further identified by the news media, which also puts the cooperators in harm's way. Exhibit A, the Body Worn Camera Footage has been viewed hundreds of times online. Therefore, the government sees no reason to continue to seal this video. Exhibit B, the HSI report dated March 12, 2025, was provided to the defendant in the "Do NOT Disseminate" folder as were all federal agency reports. However, this particular report has no

1

information regarding any cooperators and the United States has no objection to this report being unsealed as well.

However, the United States respectfully submits that Exhibit J (Letter from R. McGuire dated September 12, 2025), should be sealed as it detailed out what reports relate to which cooperating defendant. Although, within the letter, potential witnesses are listed as "CC" and not their real name, the Government submits that, given the concerns for witness safety and security that prompted the Court to enter a protective order in the first place, Exhibit J should be sealed.

Respectfully Submitted,

*/s/ Robert E. McGuire*
ROBERT E. McGUIRE
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN  37203
