IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND**

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney, and respectfully requests a two-day extension of time to file a respond to Defendant's Motion to Compel Discovery (DE #159). The Government's response to that motion is currently due on Monday, October 20, 2025.

The Government's response requires consultation with the Office of the Solicitor General given the number of privileges involved in the communications requested. The undersigned is also out of town today through Sunday on personal leave. Accordingly, the Government respectfully requests an extension of time to Wednesday, October 22, 2025 to file its response. The defendant does not consent to this short extension.

Respectfully Submitted,

 */s/ Robert E. McGuire*
ROBERT E. McGUIRE
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN  37203

1