UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA, | ) |
| Defendant. | ) |

# ORDER

There are several administrative motions pending before the Court. First, the Government filed an unopposed motion to redact a portion of the detention hearing transcript because it references sensitive material. (Doc. No. 72). Specifically, the Government asks to redact pages 93 to 95 of the public transcript and . (Id.). The Government's unopposed motion (Doc. No. 72) is **GRANTED**. The public version of the transcript has already been filed and contains the redactions requested by the Government. (Doc. No. 61).

Second, Defendant has filed three motions to seal (Doc. Nos. 128, 152, and 156). In those motions, Defendant represents that he "does not believe that the sealing of these materials is proper under the Local Rules or applicable law," however, he filed his motion "out of an abundance of caution and in accordance with the protective order in this case." (Id.). The Government agrees that the materials do not need to be under seal except for Exhibit J (Doc. No. 151-10) to Defendant's Motion to Suppress the Traffic Stop. (Doc. No. 164). Based on the parties' representations, Defendant's motions to seal (Doc. No. 128, 152, and 156) are **DENIED**. However, the Clerk is directed to keep under seal Doc. No. 151-10.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE