# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:25-cr-00115 |
| | ) |
| KILMAR ARMANDO ABREGO GARCIA | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court previously set the evidentiary hearing on Defendant's Motion to Dismiss for Vindictiveness for November 3, 2025. (Doc. No. 162). However, the Court did not set hearings to address Defendant's other pretrial motions—some of which may also require the parties to present evidence. To keep this case on track and avoid potential logistical hurdles with transporting the Defendant multiple times, the Court will hear any evidence and argument regarding all the pending pretrial motions (Doc. Nos. 104, 151, 155, and 158) on **November 4 and 5, 2025, at 9:00 a.m**. The Court will also address any conflicts regarding the juror questionnaire during that time.

To give the Court adequate time to prepare for these hearings, the Court is also going to accelerate the parties' briefing schedule. The Government's responses are now due on **October 22, 2025** (as opposed to October 24) and Defendant's replies are due on **October 28, 2025** (as opposed to October 31). The evidentiary hearing previously scheduled for November 3, 2025 is reset to November 4th and 5th as set forth above.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE