IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.

KILMAR ARMANDO ABREGO GARCIA,

*Defendant.*

No. 3:25-cr-115

Judge Waverly D. Crenshaw, Jr.

**REPLY MEMORANDUM OF LAW IN SUPPORT OF KILMAR ARMANDO ABREGO GARCIA'S MOTION FOR ISSUANCE OF ORDER REQUIRING DEPARTMENT OF JUSTICE AND DEPARTMENT OF HOMELAND SECURITY OFFICIALS TO REFRAIN FROM MAKING PREJUDICIAL EXTRAJUDICIAL STATEMENTS**

On September 26, 2025, in connection with Mr. Abrego's Motion for Issuance of Order Requiring Department of Justice and Department of Homeland Security Officials to Refrain from Making Prejudicial Extrajudicial Statements (Dkt. 118), the Court ordered each counsel of record to "file a report on what that counsel of record has done to comply with the Court's Order of July 31, 2025 (Doc. No. 101) and Local Criminal Rule 2.01(a)(1) and (a)(4) *and Tennessee Rule of Professional Conduct 3.8(f)*." (Dkt. 132 at 1 (emphasis added)). Mr. McGuire and Mr. Harley filed their reports on October 3 and 14, respectively, but neither report adequately details steps taken to comply with all the ethical obligations set forth in Tennessee Rule of Professional Conduct 3.8(f). (Dkts. 139, 163).

Tennessee Rule of Professional Conduct 3.8(f) requires prosecutors not only to "refrain from making extrajudicial comments that have a substantial likelihood of heightening public condemnation of the accused," but also to "discourage investigators, law enforcement personnel, and other persons assisting or associated with the prosecutor in a criminal matter from making an

1

extrajudicial statement that the prosecutor would be prohibited from making under RPC 3.6 or this Rule." Tenn. Sup. Ct. R. 8, RPC 3.8(f).

Mr. McGuire's and Mr. Harley's reports are facially insufficient under the Court's Order, because neither report addresses whether Mr. McGuire and Mr. Harley have taken any steps at all to discourage those "assisting or associated with the prosecutor[s]"—which includes DOJ leadership—and "investigators" and "law enforcement personnel"—which includes DHS officials—to refrain from making prejudicial extrajudicial statements about this case. *Id.*

If Mr. McGuire and Mr. Harley have taken steps to comply with their ethical obligations, those steps have been wholly ineffective, which is plain from the extraordinary volume of prejudicial extrajudicial statements that have been made throughout this case. But at the very least, they should be required to report on any steps they have taken, including so that the Court may assess whether it is appropriate to order that additional steps be undertaken to discourage extrajudicial statements in compliance with the Rule. Accordingly, and for the reasons stated in Mr. Abrego's motion (Dkt. 118), Mr. Abrego respectfully requests that the Court enter an order requiring (1) Mr. McGuire and Mr. Harley to file amended reports with the additional information required by Tennessee Rule of Professional Conduct 3.8(f), and (2) that all DHS and DOJ officials involved in this case, and all officials in their supervisory chain, including Attorney General Bondi and Secretary Noem, refrain from making extrajudicial comments that pose a substantial likelihood of materially prejudicing this proceeding.

Dated: October 17, 2025                                    Respectfully submitted,

    New York, New York

 /s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

* admitted *pro hac vice*

Rascoe Dean (No. 034209)
SHERRARD ROE VOIGT & HARBISON PLLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando Abrego Garcia*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102.

/s/ Sean Hecker