# EXHIBIT A

# CONFIDENTIAL JUROR QUESTIONNAIRE

1. Print Full Name: _____

2. Age: _____ Gender: _____ Race: _____

3. What city, town, or community do you live in?

   _____

4. Are you: (mark all that apply) ☐ Employed Full-Time ☐ Employed Part-Time
   ☐ Self-Employed ☐ Homemaker ☐ Unemployed ☐ Disabled ☐ Student
   ☐ Retired (for how many years? _____)

5. Please list your current employer, job title (if retired or unemployed, list your prior job):

   _____

6. What is your marital or relationship status and length of relationship:

   _____

7. What is your spouse/partner's age and occupation:

   _____

8. Do you have children? ☐ Yes ☐ No If **YES**, how old are they? If grown, what do they do?

   _____

   _____

   _____

9. How far did you go in school?

   _____

   _____

10. Have you ever served in the military? ☐ Yes ☐ No
    If **YES**, please indicate the branch, when and where you served, and your highest rank:

    _____

    _____

11. Has a close family member (parent, sibling, spouse/partner, or child) served in the military?
    ☐ Yes ☐ No If **YES**, please describe who and state which branch of the military:

    _____

    _____

12. In the past ten years, what civic, religious, or community groups, social clubs, organizations, or volunteer efforts have you and your spouse/domestic partner belonged to or supported?

    _____

    _____

13. Which publications, including online media, do you regularly read? From which sources do you receive daily news?

    _____

    _____

14. What social media platforms, if any, do you use? How often do you use them, and for what purpose?

    _____

    _____

    _____

15. Which radio stations, podcasts, or television shows do you regularly listen to or watch?

_____

_____

_____

### **EXPERIENCE WITH THE LEGAL SYSTEM**

16. Have you ever served as a juror?
    ☐ Yes – civil case  ☐ Yes – criminal case  ☐ Yes – grand jury  ☐ No
    For each trial, state when, where, and what the case was about; and whether you reached a verdict and whether you were the foreperson:

    _____

    _____

    _____

17. Have you ever testified as a witness in court or in a deposition? ☐ Yes  ☐ No
    If **YES**, please explain:

    _____

    _____

    _____

18. Have you, or have any of your family members or close friends, ever been involved, or appeared as a witness, in any investigation by a federal or state grand jury or by a Congressional or state legislative committee, licensing authority, or governmental agency?
    ☐ Yes  ☐ No  If **YES**, please explain:

    _____

    _____

3

19. Are you, or any of your family members or close friends, now under subpoena or, to your knowledge, about to be subpoenaed, in any criminal case? ☐ Yes ☐ No If **YES**, please explain:

_____

_____

_____

20. Have you or any of your family members or close friends, ever been charged with a crime? ☐ Yes ☐ No If **YES**, please explain:

_____

_____

_____

21. To your knowledge, have you, or any of your family members or close friends, ever been the subject of any investigation or accusation by any federal or state grand jury? ☐ Yes ☐ No If **YES**, please explain:

_____

_____

_____

22. Have you ever been a plaintiff in a lawsuit, meaning: have you ever sued someone? Have you ever been a defendant in a lawsuit, meaning: have you ever been sued? ☐ Yes ☐ No If **YES**, please explain the nature of the allegation(s)?

_____

_____

4

23. Have you ever assisted in a police investigation? ☐ Yes  ☐ No  If **YES**, please explain:

_____

_____

_____

24. Have you ever worked, applied for work, or volunteered for any law enforcement agency? ☐ Yes  ☐ No
If **YES**, please describe the job, agency, location, and timeframe:

_____

_____

25. Has a close family member (parent, sibling, spouse/partner, or child) ever worked, applied for work, or volunteered for any law enforcement agency? ☐ Yes  ☐ No
If **YES**, please describe the job, agency, location, and timeframe:

_____

_____

26. Do you have regular contact with any law enforcement agencies, employees, or officers through your work, your neighborhood, or in your social life? ☐ Yes  ☐ No  If **YES**, please explain:

_____

_____

27. Do you, or any of your family members or close friends, work for a private investigator?

_____

5

_____

_____

28. Have you or a close family member (as previously defined) ever worked in the legal field or attended law school? ☐ Yes  ☐ No  If **YES**, please explain:

    _____

    _____

29. Have you, or any of your family members or close friends, ever been the victim of a crime? ☐ Yes  ☐ No  If **YES**, please explain:

    _____

    _____

6

## **KNOWLEDGE OF THE CASE**

On March 15, 2025, the government removed Kilmar Armando Abrego Garcia from the United States to El Salvador. After the Supreme Court ordered the government to "facilitate" his return to the United States, a federal grand jury sitting in this District charged Mr. Abrego in a two-count indictment.

The charges in this criminal case relate to Mr. Abrego's alleged involvement in an alien smuggling conspiracy from 2016 to 2025 and to Mr. Abrego's alleged transportation of undocumented aliens in this District on or about November 30, 2022. Mr. Abrego has pleaded not guilty to both charges in the indictment. An indictment merely contains allegations by the government, and every individual is presumed innocent unless the government can prove each element of each charged offense beyond a reasonable doubt.

**Mr. Abrego's case has been widely reported in the national and local media. There is nothing wrong with having heard something about this case. It is important to answer all of the following questions truthfully.**

1. Have you heard the name Kilmar Abrego Garcia (or Kilmar Armando Abrego Garcia), or otherwise heard anything about the facts described above, from any source during the past 12 months? (Check one.)

    ☐ Yes    ☐ No

2. If the answer to Question One is "**Yes**," how have you heard about Mr. Abrego or the facts of this case during the past 12 months? (If the answer to Question One is "**No**," please proceed to Question 11.)

    Check all that apply:

    ☐ Television

    ☐ Newspaper (print or online)

    ☐ Social media (Facebook, Instagram, Twitter/X, etc.)

    ☐ From friends/family

    ☐ Other (specify):_____

    _____

    _____

    _____

3. If you have heard about Mr. Abrego's case from a television, newspaper, or social media source, please identify the source(s) by name:

_____

_____

_____

4. Please explain what you have heard about Kilmar Abrego Garcia during the past 12 months.

_____

_____

_____

_____

5. How much have you paid attention to what you have heard about Kilmar Abrego Garcia over the past 12 months? (Circle your answer below)

    1    2    3    4    5    6    7    8    9    10

Paid little attention    Paid some attention    Paid a lot of attention

6. Based on your answer to Question 4 how strong are your feelings about what you have heard about Kilmar Abrego Garcia over the past 12 months? (Circle your answer below)

    1    2    3    4    5    6    7    8    9    10

Not strong at all    Somewhat strong    Very strong

7. Have you verbally stated or posted your opinion on social media or online about Mr. Abrego Garcia or this case?

☐ Yes    ☐ No

8. If yes, when and where did you state or post your opinion?

   _____

   _____

   _____

9. Based on everything you have heard about Kilmar Abrego Garcia over the last 12 months do you feel like you could be a fair and impartial juror to both sides in this case? (Check one.)

   ☐   Yes          ☐   No

   ☐   Not sure

10. If unsure, please explain why it might be difficult for you to be a fair and impartial juror:

    _____

    _____

    _____

11. Do you have an opinion about the enforcement of federal immigration law, including the federal laws concerning the smuggling of undocumented immigrants, that might prevent you from being fair and impartial in this case?   ☐ Yes  ☐ No  If **YES**, please explain:

    _____

    _____

    _____

9

12. How strong are your feelings about the current U.S. Department of Justice? (Circle your answer below)

          1    2    3    4    5    6    7    8    9    10

Strong (Positive)      (Positive and Negative) Feelings      Strong (Negative) Feelings

13. How strong are your feelings about the current U.S. Department of Homeland Security? (Circle your answer below)

          1    2    3    4    5    6    7    8    9    10

Strong (Positive)      (Positive and Negative) Feelings      Strong (Negative) Feelings

14. How strong are your feelings about immigrants who are present in the United States without lawful status?

          1    2    3    4    5    6    7    8    9    10

Strong (Positive)      (Positive and Negative) Feelings      Strong (Negative) Feelings

15. How strong are your feelings about the current immigration system in the United States?

          1    2    3    4    5    6    7    8    9    10

Strong (Positive)      (Positive and Negative) Feelings      Strong (Negative) Feelings

## MEDIA RESTRICTIONS

16. From now and until your jury service is complete, you are instructed to avoid all media coverage and not to go on the Internet with regard to this case for any purpose. That is, you are forbidden from consuming any news media or social media, or any discussion of this case (or of anyone participating in the case) outside of the courtroom whatsoever. You also must not discuss this case with anyone. This includes your family, friends, spouse, domestic partner, colleagues, and co-workers. It also includes your fellow jurors or prospective jurors, at least unless and until you are instructed that you may begin jury deliberations. These instructions apply from now and until you are either dismissed from jury selection or chosen as a juror and the trial is complete. When we return for the next step in jury selection, the Judge will ask you if you have followed this instruction. Do you have any reservations or concerns about your ability or willingness to follow this instruction?

☐ Yes ☐ No

17. If "**Yes**," please explain:

_____

_____

_____