IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

## GOVERNMENT'S RESPONSE REGARDING JURY QUESTIONNAIRE

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney, and submits the following Response regarding the proposed Jury Questionnaire (DE 171-1). The Government has previously met and conferred with defense counsel and notes the following areas of disagreement.

The Government agree with the majority of the questions proposed on the questionnaire. However, the United States submits that the "Knowledge of the Case" section (including the bolded portion) should be stricken from the questionnaire. The United States would submit that the entire purpose of the questions beginning at PageID # 1737 is to test the *prior* knowledge of potential jurors. Therefore, it is antithetical to then provide those jurors *some* information about the case. The United States submits that the questions about media can be answered by prospective jurors without them being told anything about the case.

Additionally, the following areas the United States respectfully submits that questions 12-15 (PageID # 1732-1733) should be stricken. The Government respectfully submits that these questions appear to seek information touching on the potential political affiliations of prospective jurors in hopes of using the type of organizations affiliated with and news sources consumed as *shibboleths* for political leanings (i.e. a prospective juror who consumes news from one source

1

may be more likely to be of one political party than another.) The United States submits that these questions are not particularly probative of the issues in the trial, or the issues covered in the remainder of the questionnaire.

Similarly, the United States submits that questions 3, 4, 7, 8 under the "Knowledge of the Case" heading (PageID # 1738-1739) should be stricken. These questions are not probative of media consumption and prior knowledge of the case and are overly intrusive into the prosepective jurors' private thoughts and feelings.

Respectfully Submitted,

 */s/ Robert E. McGuire*　　
ROBERT E. McGUIRE
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN  37203