## SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF RESPONSE TO MOTION

As evidenced by the signatures below, the following statements are made under oath and in support of the Government's Response to the defendant's Motion to Dismiss Indictment:

1. I make this statement to supplement my earlier affidavit in support of our Response to the Defendant's Motion to Dismiss Indictment.
2. I have no correspondence (email, text, call, letter, etc.) with any personnel at the White House, the Secretary of Homeland Security, the Office of the Secretary of Homeland Security, the Attorney General, the Office of the Attorney General, the Deputy Attorney General, or the then-Principal Associate Deputy Attorney General (now Judge Emil Bove) about this prosecution.
3. I have had no contact whatsoever with senior officials at the Department of Homeland Security, the government of El Salvador, or the White House at any time during this prosecution.
4. I received no direction from anyone at the White House, the Department of Homeland Security, the Department of Justice, or any other source on the question of whether to seek or not to seek an indictment in this case.
5. I ultimately made the decision on whether to seek an indictment in this case based on my belief that the defendant had committed a federal crime and that I could prove his guilt beyond a reasonable doubt.

FURTHER THIS AFFIANT SAYETH NOT.

Signed the 22nd day of October, 2025.


ROBERT E. McGUIRE
Acting United States Attorney

1