UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) NO. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA | ) |

## ORDER

The Court previously granted the Government's Motion for a two-day extension of time to respond to Defendant's Motion to Compel. (Doc. No. 168). That Order did not, however, adjust Defendant's reply deadline. (Id.). To remedy that situation, Defendant's reply is due by **October 24, 2025, at 5:00 p.m. CST.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE