UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA, | ) ) ) | |
| Defendant. | ) | |

### ORDER

Pending before the Court is the Government's Motion to Quash Subpoenas. (Doc. No. 181). On or before **Wednesday, October 29, 2025**, Defendant shall file a response. The Government's reply, if any, is due **October 30, 2025, at noon**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE