UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:25-cr-00115 |
| ) | |
| **KILMAR ARMANDO ABREGO GARCIA,** ) | |
| ) | |
| Defendant. ) | |

# ORDER

For the reasons stated in the contemporaneously filed Memorandum Opinion, Abrego's Motion to Compel (Doc. No. 159) is **GRANTED** to the extent that the Court will conduct a preliminary *in camera* review of the discovery and decide whether a production to Abrego is necessary.

To that end, the Government shall produce the following documents to the Court no later than **noon on Wednesday, October 29, 2025**: (1) all documents that reflect individuals who directed the Government's change in position from "deport but not prosecute" to "prosecute and then deport"; (2) all documents that reflect the circumstances that motivated that change in position; (3) any emails between the Deputy Attorney General's Office and the Office of the United States Attorney for the Middle District of Tennessee between March 24, 2025 and June 6, 2025, that the Government has apparently already identified, (Doc. No. 178 at 5); (4) emails or any other documents drafted by Ben Schraeder about the Abrego case that the Government has apparently already identified, (id. at 7); and (5) all documents received or sent by HIS Baltimore Agent John VanWie between March 24, 2025 and June 6, 2025, that the Government has apparently already identified, (id. at 6). Specifically, the Government shall deliver responsive documents under seal to this Court in care of Chief Deputy Clerk Vicki Kinkade.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE