IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

**DEFENDANT KILMAR ARMANDO ABREGO GARCIA'S STATUS REPORT**

In accordance with the Scheduling Order entered on August 7, 2025 (Dkt. 103), Defendant Kilmar Armando Abrego Garcia, by and through undersigned counsel, respectfully submits this status report and states as follows:

1. **Discovery on Mr. Abrego's Motion to Dismiss for Vindictive and Selective Prosecution and Preparation for the Evidentiary Hearing Scheduled for November 4 and 5**

Since Mr. Abrego filed his last status report on October 17 (Dkt. 172), the government has produced just two documents to the defense related to Mr. Abrego's motion to dismiss for vindictive and selective prosecution: a letter and officewide email from the former Chief of the Criminal Division in the Middle District of Tennessee regarding his resignation on May 21, 2025. After the government refused to produce any other discovery, Mr. Abrego moved to compel, and the Court granted that motion and ordered the government to produce materials for *in camera* review by October 29, 2025 at 12:00 p.m. (Dkt. 186).

On October 27, the government filed a motion to quash subpoenas that the defense served on Deputy Attorney General Todd Blanche, Associate Deputy Attorney General Aakash Singh,

and Counselor to the Deputy Attorney General James McHenry. (Dkt. 181). Per the Court's order (Dkt. 184), Mr. Abrego will respond to that motion by October 29, 2025.

2. **Mr. Abrego's Review of Discovery**

Since Mr. Abrego's last status report, in addition to the two-document production discussed above, the government has made one additional production to the defense on October 23, 2025. As detailed in the October 17 status report, defense counsel are continuing to review discovery with Mr. Abrego at Moshannon Valley Processing Center, where Mr. Abrego is currently detained. The defense will apprise the Court of any changes to Mr. Abrego's ability to review discovery that warrant the Court's attention.

3. **Defendant's Communication with Counsel**

Mr. Abrego's communication with counsel has been effective for both Mr. Abrego and his counsel.

4. **Impediments To Preparation for Trial**

The defense currently does not anticipate any impediments to Mr. Abrego's preparation for trial.

5. **Pretrial Motions**

Pursuant to the Scheduling Order, Mr. Abrego filed three pretrial motions on October 10: a Motion to Suppress Traffic Stop and Fruits Thereof (Dkt. 151), a Motion to Suppress Fruits of Unlawful Arrest (Dkt. 155), and a Motion to Strike Surplusage from the Indictment (Dkt. 158). Mr. Abrego intends to file reply briefs in support of his pretrial motions by October 28, in accordance with the Order entered on October 16. (Dkt. 167 at 1).

The government has previously represented that Mr. Abrego will appear in person for the hearings on the defense's pretrial motions now scheduled for November 4 and 5, and the government has not apprised defense counsel of any changes to that plan.

6. **Additional Issues for the Court**

We do not believe there are additional issues requiring the Court's attention at this time.

7. **Status Conference**

Although the November 3 status conference has been cancelled, the defense is prepared to address any of the aforementioned issues on November 4 and 5 as helpful to the Court.

Dated: October 27, 2025  
      New York, New York

Respectfully submitted,

/s/ Sean Hecker  
Sean Hecker*  
Jenna M. Dabbs*  
David Patton*  
HECKER FINK LLP  
350 Fifth Avenue, 63rd Floor  
New York, NY 10118  
Telephone: (212) 763-0883  
Fax: (212) 564-0883  
shecker@heckerfink.com  
jdabbs@heckerfink.com  
dpatton@heckerfink.com

* admitted *pro hac vice*

Rascoe Dean (No. 034209)  
SHERRARD ROE VOIGT & HARBISON PLLC  
1600 West End Avenue, Suite 1750  
Nashville, Tennessee 37203  
Telephone: (615) 742-4200  
Fax: (615) 742-4539  
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando Abrego Garcia*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102.

/s/ Sean Hecker