# EXHIBIT A

**Figure 1**



Above is a screenshot of Trooper Brawner's body camera footage, brightened for clarity, at 19:56:50, showing his full speedometer. It is labelled with numbers representing every even tenth miles-per-hour speed (20, 40, 60, 80, etc.) and with white tick marks representing every odd tenth miles-per-hour speed (10, 30, 50, 70, etc.). The red arrow is pointing to the 70 miles-per-hour tick mark.

**Figure 2**



Above is a screenshot of Trooper Brawner's body camera footage, brightened for clarity, at 19:56:37, showing the moment his speedometer is partially visible in the second after he activates his lights and Mr. Abrego begins to brake. Though the image is blurry, the speedometer needle is partially visible between the 60 and 80 miles-per-hour markers. The speedometer needle appears to cover the 70 miles-per-hour tick mark, showing Trooper Brawner going about 70 miles per hour. The red arrow is pointing to the placement of the speedometer needle and the 70 miles-per-hour tick mark.