IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

## WITNESS LIST FOR EVIDENTIARY HEARING

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney, and, pursuant to this Court's prior order (DE # 162), provides the following witness list for the November 4-5 evidentiary hearing. The United States does not anticipate admitting any additional exhibits.

Regarding the Defendant's Motion to Dismiss the Indictment (DE # 104), the Government intends to call:

- Supervisory Special Agent John VanWie, Homeland Security Investigations (HSI): the United States anticipates that Agent VanWie, who worked for HSI – Baltimore, will testify regarding his decision to reopen the investigation into the defendant's human smuggling activities on April 17, 2025.

- Special Agent In Charge Rana Saoud, Homeland Security Investigations: the United States anticipates that Agent Saoud, who supervised the HSI – Nashville office, on the commencement of the investigation into the defendant's human smuggling activities by HSI – Nashville.

Regarding the Defendant's Motion to Suppress Evidence (DE # 151), the Government intends to call:

1

- Trooper Joshua Brawner, Tennessee Highway Patrol: the United States anticipates that Trooper Brawner will testify about why he initially pulled over the defendant's vehicle on interstate I-40 on November 30, 2022.

The Government notes that it has not sought to quash the defense subpoena for Acting United State Attorney Robert McGuire. The United States has previously filed two sworn affidavits by Mr. McGuire (DE # 121-1; 178-1.) Mr. McGuire will obviously be present in court during the hearing and fully expects to be called by the defense as a witness. Even if the defense does not call Mr. McGuire as a witness, Mr. McGuire will still be available and to answer the Court's questions under oath.

Respectfully Submitted,

 */s/ Robert E. McGuire*
ROBERT E. McGUIRE
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN  37203

 */s/ Jason Harley*
JASON HARLEY
Task Force Vulcan