UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:25-cr-00115 |
| ) | |
| KILMAR ARMANDO ABREGO ) | |
| GARCIA ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the Defendant's Motion and Memorandum of Law In Support of Motion to Suppress Fruits of Unlawful Arrest on March 12, 2025. (Doc. No. 155). The Government has responded that it will not present any evidence from the March 12, 2025 arrest. (Doc. No. 176). Accordingly, the Defendant's Motion is **DENIED AS MOOT.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE