> Motion (194) is **GRANTED.**
> *Waverly D. Crenshaw, Jr.*
> US DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:25-CR-00115 |
| ) | |
| KILMAR ARMANDO ABREGO ) | |
| GARCIA, ) | |
| ) | |
| Defendant. | |

## MOTION TO EXCUSE ATTORNEY APPEARANCE

Comes now the Plaintiff, The United States of America, by and through Jason Harley, United States Department of Justice, Joint Task Force Vulcan, and respectfully requests that this Court excuse his appearance for the status conference currently set for October 31, 2025. (ECF No. 191). As cause, undersigned counsel submits that he does not reside in the local area, he is currently working to complete obligations for another case in another district, and the government's primary representative in this case, Robert McGuire, Acting United States Attorney for the Middle District of Tennessee, will be physically present for the status conference to represent the government. For these reasons, undersigned counsel respectfully requests that the Court excuse his appearance for the conference on October 31, 2025.

Respectfully Submitted,

*/s/ Jason Harley*
JASON M. HARLEY
Trial Attorney, Joint Task Force Vulcan
*Pro Hac Vice*
719 Church St., Suite 3300
Nashville, TN 37203