UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   NO. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA | ) |
| | ) |
|    Defendant. | ) |

## ORDER

The Court held a status conference on October 31, 2025. For the reasons stated, the following deadlines were set:

1. The evidentiary hearings on the Motion to Dismiss (Doc. No. 104) and Motion to Suppress (Doc. No. 151) are **CONTINUED** from November 4 and 5, 2025, to 9:00 a.m. on **December 8 and 9, 2025**. The parties shall provide revised witness and exhibit lists for the hearings on or before **December 1, 2025**. This additional time is necessary because the Government needs more time to finish collecting and producing documents, the Court then will need time to complete its *in camera* review, and the defense will need time to review any relevant documents that the Court orders disclosed. The parties agreed that the hearing on the Motion to Suppress should also be continued.

2. The Government shall have until **November 14, 2025**, as it requested, to supplement and complete the production of documents the Court ordered on October 27, 2025. (Doc. No. 186). The Government shall file additional responsive documents on the record under seal. The Government should avoid duplicate documents and should continue the current Bates numbering system.

3. The Court will file the documents bates-numbered 1 through 190, delivered to Chambers on the docket under seal.

4. On or before **November 14, 2025**, the Government shall inform the Court whether the "VanWie" documents Bates-numbered 000191 to 001060 — were produced to the defense or whether the Court needs to conduct an *in camera* review of some or all of those documents. Based on the Government's representations, it appears at least some of those documents will be produced to the defense and will not be in dispute.

5. On or before **November 5, 2025**, the Government shall file a status report on its compliance with the Court's October 27, 2025 Order (Doc. No. 183) that "Mr. McGuire and Mr. Harley shall provide a copy of this Order and Memorandum Opinion to all employees of the Department of Justice (DOJ) and the Department of Homeland Security (DHS), including the Attorney General and the Secretary of DHS." Mr. McGuire represented that he has complied by emailing a copy of the Memorandum Opinion and Order to all DOJ employees.

6. On or before **November 24, 2025,** both parties shall submit any proposed changes to the draft juror questionnaire.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE