IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

**NOTICE REGARDING EXPERT TESTIMONY**

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney, and submits the following Notice regarding the Government's experts in this case. The United States intends to call Special Agent Carla Rexing of the Federal Bureau of Investigation (FBI) to offer a Cellular Analysis Survey Team (CAST) report regarding her analysis of cell phone records and tower data for a Verizon phone number ending in 5996 which his associated with the Defendant. The United States also intends to call Agent Victor Garcia, Jr. with the United States Border Patrol who will testify as an expert on human smuggling involving illegal aliens.

**I.  Agent Rexing**

The United States has previously provided the above referenced phone records to the Defendant in discovery. At filing, the United States has not received Agent Rexing's final CAST report but will provide it to the Defendant as soon as it is completed.

Agent Rexing will testify at trial that locating cellular phones is accomplished by determining the locations of the cellular tower or towers used by a cellular phone to transmit or receive a phone call. Agent Rexing will discuss how the towers and sectors operate, how cellular signals are sent and received, and how cellular towers are used in cellular phone calls. Agent

1

Rexing will testify that cellular phones use radio frequencies to communicate. When a cellular phone is "on," the cellular phone constantly scans its environment, evaluating and ranking which towers have the best signal. When a cellular phone places or receives a call, it will use the cellular tower and sector with the best signal. The tower with the best signal generally comes from the tower that is closest to the phone, or in its direct line of sight. However, in some circumstances, the tower with the best signal may not be the closest tower.

Cell towers (sometimes referred to as cell sites) come in a variety of shapes and sizes. They also can be located in a variety of places, including but not limited to church steeples, chimneys, water towers, or the sides of buildings. A typical cell tower has three 120-degree sectors, which are labeled numerically.

At trial, Agent Rexing will explain how cell phones interact with cell towers, as well as interpret the toll records associated with a phone number related to the investigation. Agent Rexing will testify that cell phone companies maintain databases that capture and store information related to the usage of each customer's cellular phone. These databases generate call detail records (CDRs) and toll records. The CDRs document the network interactions to and from the cell phone, to include the date, time, duration, number called, and calling number. Toll activity documents the network interactions to and from the cell phone with towers in a specific city and state. An analysis was performed on the toll activity obtained for the subject cell phone. Used in conjunction, the toll activity and a list of cell site locations illustrate an approximate location of the subject cell phone when it initiated contact with the network. The previously provided graphical representation prepared by Agent Rexing shows the approximate geographic areas of the subject cell phone when it initiated contact with the network from November 30, 2022, to December 1, 2022.

Agent Rexing will testify that she conducted an analysis of the toll activity and associated cellular tower records for phone number 443-477-5996. Agent Rexing focused her analysis on various dates between January 2022 through April 2023.

Specifically relating to a law enforcement encounter occurring on November 30, 2022, Agent Rexing will testify that she identified a time in which the toll records indicated that the subject phone connected with a cell tower within a specific city. At times on dates related to travel in relation to the law enforcement encounter, the phone connected to towers in Texas, Arkansas, Tennessee, Missouri, Kentucky, Virginia, and Maryland. Based upon information provided from the provider, including latitude and longitude data, Special Agent Rexing will testify that she plotted the locations of the cell towers on a map. On the same map, Agent Rexing also plotted the location of the other cell towers in the same vicinity.

For various dates from January 2022 through April 2023, Agent Rexing will testify that she identified dates in which the toll records indicated that the subject phone connected with cell towers during trips from the Maryland-area to Texas. On the map, Agent Rexing provided a summary of the cell towers in a given city utilized during these trips.

At trial, Agent Rexing may also testify regarding additional content that she observed in the toll activity associated with the phone number. This testimony may include her factual observations regarding the existence of connections between the subject number(s) and other numbers of interest, as well as the frequency of those connections in a given time period.

A. **Qualifications**

An updated copy of SA Rexing's curriculum vitae is attached.

B. **Prior Courtroom Testimony**

The table below is a summary of expert testimony provided by Carla Rexing in

3

the last four years:

| Date of Testimony | Court | Case |
|---|---|---|
| 2/22/2023 | US District Court – Middle District of Florida | *USA v. Jermaine Harvard* |
| 3/22/2023 | Circuit Court for Montgomery County, Maryland | *State of Maryland v. Diandre Goodrich* |
| 4/20/2023 | US District Court – Maryland | *USA v. Keith Poynter* |
| 6/13/2023 | US District Court – Middle District of Tennessee | *USA v. Fredrick Carney* |
| 11/2/2023 | Lauderdale Co. Circuit Court | *Tennessee v. Corridus Qualls* |
| 2/1/2024 | US District Court- Western District of Tennessee | *USA v. Marchello Moore* |
| 3/1/2024 | US District Court – Middle District of Tennessee | *USA v. Justin Carroll* |
| 4/25/2024 | 10th Judicial Circuit for Polk County (FL) | *State of Florida v. Javorice Tramel* |
| 5/15/2024 | Stone Mountain Judicial Circuit, DeKalb County Georgia | *State of Georgia v. Malisha Sasfra, et al.* |
| 5/29/2024 | Weakley Co. Court (TN) | *State of Tennessee v. David Swift* |
| 6/5/2024 | US District Court – Middle District of Tennessee | *USA v. Pierre Burns* |
| 4/15/2025 | Hardin County Circuit Court (TN) | *State of Tennessee v. Gregory Moore* |
| 6/3/2025 | US District Court – Western District of Tennessee | *USA v. Vincent Grant* |
| 7/14/2025 | US District Court – Western District of Tennessee | *USA v. Robert Haley, et al.* |
| 9/17/2025 | Davidson County Criminal Court (TN) | *State of Tennessee v. Juan Montoya* |
| 10/24/2025 | Hamilton County Circuit Court (TN) | *State of Tennessee v. Andre Grier* |

C. **Signature of Witness**

I, Carla Rexing, have reviewed the foregoing disclosure and approve of the contents contained herein.

                                                             */s/ Carla Rexing*
                                                             CARLA REXING

## II. Agent Garcia

As to Agent Garcia, the United States anticipates that Agent Garcia will testify regarding his experience with human smuggling investigations involving illegal aliens who cross the border into the United States and are transported further into the United States by smugglers. Agent Garcia will testify about how human smuggling rings work, how they are maximized for profit, and how smugglers generally transport illegal aliens without personal effects such as clothes and luggage, use different routes and travel at night to avoid detection, craft cover stories to provide if stopped by law enforcement, and other aspects of his experience in human smuggling investigations.

### A. Qualifications

An updated copy of Agent Garcia's curriculum vitae is attached.

### B. Prior Courtroom Testimony

The United States will file a supplement to this Notice detailing Agent Garcia's testimony as an expert over the past four years. The United States submits that Agent Garcia has been previously qualified as an expert in other courts, has provided expert testimony on several occasions, and expects to testify as an expert again before the trial date in this case.

### C. Signature of Witness

I, Victor Garcia, Jr., have reviewed the foregoing disclosure and approve of the contents contained herein.

    */s/ Victor Garcia, Jr.*
    VICTOR GARCIA, JR.

    Respectfully Submitted,

    */s/ Robert E. McGuire*
    ROBERT E. McGUIRE

Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN  37203

 */s/ Jason Harley*
JASON HARLEY
Task Force Vulcan