# Victor H. Garcia Jr.

**Professional Work Experience:**

**Border Patrol Agent - August 2003 – Present**

*March 2015 to Present* – Assigned to the Deming Station's Targeted Enforcement Unit (TEU). Due to my vast experience prosecuting alien smuggling cases, gathering and analyzing information for intelligence, administrative and criminal processes, I was selected to lead and mentor agents assigned to the TEU. During my previous and current assignments, I have conducted high level briefings for station to sector leadership, domestic and foreign law enforcement agencies, and U.S. Attorney's Office. As a result of the success of TEU, the concept has been exported to other stations across El Paso Sector to disrupt and dismantle smuggling organizations impacting multiple stations and/or sectors while gathering and analyzing information that may be used as an intelligence product.

During this time, I also served as the Lead Border Patrol Agent by reviewing, preparing, and presenting cases for administrative and criminal proceedings. Cases include illegal entry, re-entry, document fraud, vehicle seizure, and criminal alien smuggling. I evaluated each case for adequacy of information relative to the charge and action to be taken. I have resolved problems encountered by lower grade agents ensuring that they receive the technical assistance needed to complete cases. I ensured that all evidence requirements were fulfilled prior to trial and that the paperwork connected with each case is processed within timeframes required by law.

As a Lead Border Patrol Agent, I was also responsible for intelligence activities in my assigned area. I collected refined and evaluated strategic, operational and tactical intelligence material concerning illegal entry by aliens and related activity. I also shared intelligence gathered with the Station Intelligence Officer. That has given me the opportunity to work in a positive and coordinated fashion with Station Intelligence on Strategic and Tactical intelligence that had been gathered. I use this information to assist in planning and directing other Border Patrol operations and in identifying and apprehending illegal alien smugglers and narcotic smugglers. I provided this intelligence and related information to other agents on a continuous basis.

*September 2012 to October 2014* - Assigned to the United States Attorney's Office as the AUSA Liaison for the District of New Mexico in Las Cruces Office.

*August 2009 to May 2011* - Served as the Material Witness Coordinator for the El Paso Sector. My responsibilities included representing the U.S. Border Patrol's material witnesses in all alien smuggling cases initialed in the District of New Mexico.

*August 2007 to September 2009* - I have also served in Deming, NM with the Counter Organized Alien Smuggling Taskforce (COAST). In this unit I was assigned to disrupt alien/drug smuggling organizations in the Deming, New Mexico area. I worked in conjunction with other agencies in order to gather information on high-risk targets by investigating their history, conducting surveillance and gathering as much information on them as possible. This unit also gave me the opportunity to work with informants. The

COAST Unit provided my initial experience in formal interviewing, investigating and research skills using all available databases including open source. The COAST Unit also gave me a vast experience in the Federal Court System procedures. I worked on a daily basis with the USAO and testified in Federal Court in several complex criminal cases. It was also during this time that I was trained, successfully presented Operation Against Smugglers Initiative on Safety and Security (OASISS). This is bi-national initiative between the U.S. and Mexico that focuses on prosecuting alien smugglers arrested in the United States that will serve their sentence in Mexico. As a result of the aforementioned initiative, I gained experience conducting high level presentations to high-ranking Mexican Government officials.

*October 2006 to September 2007* – Member of the Special Operations Group (SOG) at the Deming, New Mexico Border Patrol Station. In this unit composed of seven agents, we worked on gathering intelligence and prosecuting alien smuggling cases on a daily basis. While assigned to SOG, I gained valuable experience to further enhance my interviewing skills of principals and smuggled aliens in order to successfully prosecute alien smuggling cases. I gained a thorough working knowledge of the National Border Patrol Strategy while assigned to this unit and working closely with other agencies as a force multiplier.

*August 2003 to October 2006* - I entered on duty with the U.S. Border Patrol Academy in 2003 with session 561. My primary duties as a United States Border Patrol Agent are to detect and prevent the illegal entry of undocumented immigrants into the United States, and to arrest violators of Immigration Law as mandated through Congress and delegated to me from the Attorney General of the United States. I am also cross-designated under Title 19 authority as it relates to U.S. Custom's provisions and Title 21 as it relates to Drug Enforcement Authority.

**Professional Training and Other Relevant Experience:**

I attended the Border Patrol Academy at the Federal Law Enforcement Training Center in Charleston, South Carolina, where I successfully completed 20 weeks of intensive police training. I received courses in Immigration Law, Criminal Law, Nationality Law, and Statutory Authority, as well as intensive training in the Spanish Language. I also received training in firearms, defensive driving, arrest procedures, search and seizure,
physical training, defensive tactics, report writing and court testimony. I am fluent in the Spanish language.

As a Border Patrol Agent, I have gained vast experience in many areas of law enforcement. I work near the United States/ Mexico border and prevent undocumented immigrants from entering the United States. I also detect persons who have made illegal entry and locate the individuals using tracking techniques. I respond to both sensor activations and illicit activity observed on cameras and night vision scopes. I conduct surveillance, vehicle stops, and traffic checkpoints. I often work in remote areas and harsh conditions. I have developed necessary officer presence and officer safety skills in order to arrest large groups of people we encounter.

During the processing of undocumented immigrants, I conduct interviews in attempt to identify guides and smuggling organizations and develop criminal cases. I take sworn statements, prepare prosecution reports and write narratives articulating probable cause to be presented in court.

As a Border Patrol Agent, I am responsible for gathering intelligence and sharing information with other Agents and Sector Intelligence. I also train new Agents on operations and area familiarization. I assist Agents including Management on the ENFORCE/IDENT System.

As a Border Patrol Agent, I actively perform a variety of duties including line watch, sign cutting, farm and ranch check, traffic check, city patrol, ATV patrol and other related duties. I lead and provide direction to less seasoned Border Patrol Agents in the full range of patrol duties to ensure the enforcement and apprehension of violators of the Immigration and Nationality laws and related criminal codes.

During my career, I have attended multiple advanced interviewing and interrogation courses, and successfully completed the training; to include but not limited to Detect Deception and Elicit Responses. Through these courses I have acquired skills enabling me to detect deception through verbal and non-verbal communications and behaviors. Additionally, I have been trained in the following areas: human bias influences, personality identification, using personality to build rapport, personality typology theme development, competitive examination, human defense mechanisms, emotional responses, gathering data, detecting deception, systematic interviewing, the interrogation process, formulation and types of questions, verbal communication, exploration of deception detection, deceptive techniques, body language, hypnosis in law enforcement investigations body language for the interrogator and effective use of territory/zones. My acquired knowledge in interviewing techniques has allowed me to elicit information which has filled intelligence gaps, led to the identification of higher level violators and the procurement of other sensitive information.

Moreover, I have attended and completed the El Paso sector's Field Intelligence Agent (FIA) course. Post training, I have assumed collateral FIA duties encompassing the collecting, analyzing and disseminating intelligence information; the use of a variety of intelligence-gathering methods including link analyses, visual investigative analyses, crime mapping, and telephone toll record analyses to support investigative operations; extracting, compiling and analyzing factual information based on requests from Special Agents; presenting briefings on a variety of intelligence topics to other law enforcement and intelligence agencies and organizations; maintaining and modifying computerized intelligence databases to generate statistical and relational reports; drafting multiple, complex intelligence reports that contain original analyses, conclusions and recommendations; producing finished intelligence reports based on a review of data from various sources; and providing guidance and technical assistance to junior intelligence and investigative personnel with the organization.

**Prior Expert Testimony:**

- In January of 2010, I was qualified as an expert witness in alien smuggling in *United States vs. Giovanni Gochez-Robles*, No. 09-cr-2266 JC.
- In August of 2022, I was qualified as an expert witness in A-files in *United States vs. Ayala-Bojorquez*, No. 21-cr-890 MIS.

**Significant Recognition and Awards:**

Throughout my career, I have received yearly performance awards and special awards, to include:

- In 2008, I was awarded the Commissioner's Award and New Mexico's U.S. Attorneys "Top 10" Award for the successful dismantling of the Transnational Criminal Organization known as the "Taos Alien Smuggling Organization". Through a successful intelligence gathering endeavor, we developed a criminal smuggling case against the "Taos Alien Smuggling Organization" and its ringleader, Fermin JIMENEZ-Maya. During the criminal proceedings of this case, I was summoned to testify on behalf of the United States Government in several suppression hearings. This testimony resulted in new case law, allowing the use of photo line-ups in Border Patrol cases. In this particular case, the ringleader, JIMENEZ, had walled himself off from the smuggling scheme through third parties to avoid a consequence. Through the use of photo line-ups, JIMENEZ was identified, indicted and convicted as the ringleader of the "Taos Alien Smuggling Organization".

- In 2008, 2012, 2013, 2015 and 2016, I was recognized by the New Mexico's U.S. Attorney's Office, at the annual U.S. Attorney's Law Enforcement Awards Ceremony "Top Ten Awards" I was presented with certificates of appreciation for my hard work, diligence, and dedication to duty during the arrest, prosecution, and sentencing of several alien smugglers operating in the El Paso Sector area of responsibility. An award was also presented for the work performed as a Border Patrol liaison to their office.

- In 2016 and 2017, as member of the Deming Station Targeted Enforcement Unit (TEU) I was recognized by the Chief of El Paso Sector with the Operational Excellence Team of the Year Award.

- In 2017, I assisted the Forward Operating Base (FOB) in the development and implementation of the program known as Resourceful Sentry (RS). RS is a program used to target members of an Alien Smuggling Organization (ASO) or Drug Trafficking Organization (DTO) who possess a Border Crossing Card (BCC) and where criminal prosecution has not been obtained.