IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:25-cr-115 |
| v. | Judge Waverly D. Crenshaw, Jr. |
| KILMAR ARMANDO ABREGO GARCIA, | |
| *Defendant.* | |

## DEFENDANT KILMAR ARMANDO ABREGO GARCIA'S EXPERT DISCLOSURE

In accordance with the Scheduling Order entered on August 7, 2025 (Dkt. 103), Defendant Kilmar Armando Abrego Garcia, by and through undersigned counsel, hereby states that he does not intend to call any expert witnesses at trial at this time. Mr. Abrego, however, requests the right to identify and call a rebuttal expert on gangs, and specifically MS-13, following the Court's resolution of anticipated motions in limine concerning the admissibility of evidence about MS-13 and Mr. Abrego's purported membership therein. (*See* Dkt. 3 ¶¶ 5, 6-7, 11, 16-18). As this Court noted in its Order on Mr. Abrego's Motion to Strike Surplusage from the Indictment, the government may only "prove the Indictment's allegations at trial based on *admissible* evidence." (Dkt. 192 at 6). Because the defense intends to challenge the admissibility of gang-related evidence, we respectfully request the opportunity to identify expert witnesses on gangs, if any, following the resolution of motions in limine or at any time the Court deems appropriate. *See* Fed. R. Crim. P. 16.1(b) (parties may request that the court "modify the time. . . of disclosure to facilitate preparation for trial").

Dated: November 3, 2025　　　　　　　　　Respectfully submitted,
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　/s/ Sean Hecker
　　　　　　　　　　　　　　　　　　　Sean Hecker*
　　　　　　　　　　　　　　　　　　　Jenna M. Dabbs*
　　　　　　　　　　　　　　　　　　　David Patton*
　　　　　　　　　　　　　　　　　　　HECKER FINK LLP
　　　　　　　　　　　　　　　　　　　350 Fifth Avenue, 63rd Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10118
　　　　　　　　　　　　　　　　　　　Telephone: (212) 763-0883
　　　　　　　　　　　　　　　　　　　Fax: (212) 564-0883
　　　　　　　　　　　　　　　　　　　shecker@heckerfink.com
　　　　　　　　　　　　　　　　　　　jdabbs@heckerfink.com
　　　　　　　　　　　　　　　　　　　dpatton@heckerfink.com

　　　　　　　　　　　　　　　　　　　* admitted *pro hac vice*

　　　　　　　　　　　　　　　　　　　Rascoe Dean (No. 034209)
　　　　　　　　　　　　　　　　　　　SHERRARD ROE VOIGT & HARBISON PLLC
　　　　　　　　　　　　　　　　　　　1600 West End Avenue, Suite 1750
　　　　　　　　　　　　　　　　　　　Nashville, Tennessee 37203
　　　　　　　　　　　　　　　　　　　Telephone: (615) 742-4200
　　　　　　　　　　　　　　　　　　　Fax: (615) 742-4539
　　　　　　　　　　　　　　　　　　　rdean@srvhlaw.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Kilmar Armando Abrego Garcia*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102.

/s/ Sean Hecker