> Motion (200) is **DENIED AS MOOT.**
>
> *[Signature]* Waverly D. Crenshaw, Jr.
> US DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

## MOTION FOR LEAVE OF COURT TO APPEAR TELEPHONICALLY AT COUNSEL-ONLY CONFERENCE

Sean Hecker, Jenna Dabbs, and David Patton, counsel to Defendant Kilmar Armando Abrego Garcia, respectfully request that the Court permit them to appear telephonically at the counsel-only conference set for Friday, October 31, 2025, at 1:00 p.m. (Dkt. 191). With sincere apologies to the Court, undersigned counsel are all presently located outside the Middle District of Tennessee and have preexisting obligations that complicate travel to Nashville on short notice. Given the importance of the issues to be discussed, it is preferable for all counsel to be able to attend the conference. Rascoe Dean will be present in person at the conference.

Dated: October 30, 2025
      New York, New York

Respectfully submitted,

/s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883