UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:25-cr-00115 |
| ) | |
| KILMAR ARMANDO ABREGO GARCIA ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

The Court has reviewed Defendant's Expert Disclosure (Doc. No. 210). The Court's practice is to rule on motions in limine at the pretrial conference. As such, counsel should reconsider disclosure of expert witnesses before the pretrial conference. The Court will not deem the Defendant's expert disclosure notice, (Doc. No. 210) as an unilateral extension of time to disclose expert witnesses.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE