# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:25-cr-00115 |
| Abrego Garcia | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 11/05/2025

/s/ Stanley E. Woodward, Jr.
*Attorney's signature*

Stanley E. Woodward, Jr.
*Printed name and bar number*

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
*Address*

stanley.woodward@usdoj.gov
*E-mail address*

(771) 220-9755
*Telephone number*

*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel of record via CM/ECF on November 5, 2025.

                                                  */s/ Stanley E. Woodward, Jr.*
                                                  Stanley E. Woodward, Jr.