# UNITED STATES DISTIRCT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | ) ) No. 3:25-CR-00115 |
| KILMAR ABREGO GARCIA, | ) ) |
| Defendant. | ) ) ) |

## GOVERNMENT'S STATUS REPORT

COMES NOW the United States of America and submits the following Status Report pursuant to this Court's prior Order (DE #208).

As Acting United States Attorney Robert E. McGuire previously stated in court, a copy of the Court's order and memorandum opinion has been provided to the Office of General Counsel for the Department of Homeland Security (DHS). Mr. McGuire would note that he personally does not have any way to provide a copy of the Court's order to every DHS employee (nor does Mr. Harley) but would have to rely on DHS to accomplish that.

At filing, counsel for the United States has been authorized by the DHS to report the following:

1) That a copy of the Court's order and memorandum opinion has been provided to all senior DHS leadership and any DHS personnel authorized and responsible for making public comments on behalf of DHS;

2) That the same group has been advised regarding the Court's order and memorandum opinion and the need for compliance with it;

3) That DHS would submit they do not normally email court orders to DHS employees who, by the scope of their duties, do not engage with the media or have responsibilities for same (*e.g.*, enlisted members of the U.S. Coast Guard, disaster relief workers in the Federal Emergency Management Administration); and

4) That the United States is submitting a Motion for Reconsideration of the Court's order to the extent it requires all DHS employees to be notified of the order.

Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr.
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

*/s/ Robert E. McGuire*
Robert E. McGuire
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203

*/s/ Jason Harley*
Jason Harley
Trial Attorney, Task Force Vulcan
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel of record via CM/ECF on November 5, 2025.

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr.