## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

|  |  |
|---|---|
| UNITED STATES OF AMERICA | No. 3:25-cr-115 |
| v. | Judge Waverly D. Crenshaw, Jr. |
| KILMAR ARMANDO ABREGO GARCIA, | |
| *Defendant.* | |

### JOINT NOTICE OF FILING

The United States, by and through Acting United States Attorney Robert E. McGuire, and Defendant Kilmar Armando Abrego Garcia, by and through his undersigned counsel, hereby submit this Joint Notice of Filing in accordance with this Court's order. (Dkt. 206 at 24-25). Mr. Abrego's Rule 17(a) subpoenas directed to Deputy Attorney General Todd Blanche, Acting Principal Associate Deputy Attorney General James McHenry, and Associate Deputy Attorney General Aakash Singh and subject to the government's pending motion to quash are attached as **Exhibit A** to this filing. Mr. Abrego's counsel originally delivered subpoenas for these witnesses to Acting U.S. Attorney McGuire via email on October 20, 2025, and on November 5, 2025, his counsel emailed Mr. McGuire updated versions of the subpoenas reflecting the new December 8, 2025 hearing date. Mr. McGuire has accepted service of the attached subpoenas on behalf of Deputy Attorney General Blanche, Acting Principal Associate Deputy Attorney General James McHenry, and Associate Deputy Attorney General Aakash Singh.

Respectfully submitted,


/s/ Robert E. McGuire
Robert E. McGuire
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203


 /s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

* admitted *pro hac vice*

Rascoe Dean (No. 034209)
SHERRARD ROE VOIGT & HARBISON PLLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando Abrego Garcia*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102; Associate Attorney General Stanley E. Woodward, Jr, 950 Pennsylvania Ave. NW, Washington, D.C. 20530.

/s/ Sean Hecker