UNITED STATES DISTIRCT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:25-CR-00115 |
| **KILMAR ABREGO GARCIA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER GRANTING UNITED STATES' MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S OCTOBER 27, 2025 ORDER**

Upon consideration of the United States' Motion for Partial Reconsideration of the Court's October 27, 2025 Order in the above-captioned matter, it is, this ___ day of November, 2025, hereby:

**ORDERED** that the United States' motion is **GRANTED**.

IT IS SO ORDERED.

_____
The Honorable Waverly David Crenshaw Jr.
United States District Judge