IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

## **MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE**

We represent defendant Kilmar Armando Abrego Garcia in the above captioned matter. We write, with the consent of the government and the Pretrial Services Office, to request a modification to Mr. Abrego's bail conditions.

As the Court is aware, Mr. Abrego was arrested in this matter on June 6, 2025. (Dkt. 9). He was released from federal criminal custody on August 22, 2025, subject to conditions of release set by the Court. (Dkt. 112). One of those conditions—which Mr. Abrego now seeks to modify— was the standard condition requiring Mr. Abrego to "surrender any passport to Pretrial Services, as directed by Pretrial Services" and to "not obtain a passport or other international travel document." (Dkt. 112 at 4). On August 25, 2022, shortly after his release in this case, Mr. Abrego reported for a check-in with ICE, where he was detained. He has been in immigration custody since that arrest.

As discussed with the Court at the October 31, 2025 status conference, the defense recently became aware that Mr. Abrego has a Salvadoran passport in the possession of his wife. After the conference, we learned that the passport in question expired earlier this year. We respectfully

1

request a modification to Mr. Abrego's bail conditions to permit Mr. Abrego's wife to provide that expired passport to Mr. Abrego's immigration attorneys, rather than to Pretrial Services. As the Court knows, Mr. Abrego is in immigration custody pending efforts by the Department of Homeland Security to remove him from this country to a third country, a step the government has indicated it seeks to take in relatively short order. *See* Notice at 2, *Abrego Garcia v. Noem*, No. 25 Civ. 951 (D. Md. Oct. 24, 2025), Dkt. No. 56 (stating that the government "expect[s] to be able to effectuate removal as soon as October 31"). The requested modification to Mr. Abrego's bail conditions would ensure that Mr. Abrego's immigration attorneys can aid Mr. Abrego to apply for a new Salvadoran passport in the event he is removed by providing him with his expired passport.[1] Modification would be consistent with the Bail Reform Act, which provides that the Court "may at any time amend the [release] order to impose additional or different conditions of release." 18 U.S.C. § 3142(c)(3).

Pretrial Services does not object to this request. Nor does the government, so long as Mr. Abrego remains in DHS custody. Should Mr. Abrego be released from DHS custody, we will promptly confer with the government and Pretrial Services to determine whether further modification of the conditions is necessary.

---

[1] *See Expedición de Pasaportes Ordinarios para Salvadoreños en el Exterior [Issuance of Passports for Salvadorans Abroad]*, Gobierno de El Salvador, Ministerio de Relaciones Exteriores [Government of El Salvador, Ministry of Foreign Relations], https://rree.gob.sv/pasaportes-se/ (last visited Nov. 4, 2025) (requiring applicants for passport renewal at Salvadoran consulates and embassies to present an original expired or soon-to-expire passport).

Dated: November 6, 2025  New York, New York

Respectfully submitted,

/s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

* admitted *pro hac vice*

Rascoe Dean (No. 034209)
SHERRARD ROE VOIGT & HARBISON PLLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando Abrego Garcia*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102.

/s/ Sean Hecker