Motion (219) is **GRANTED**. Defendant's wife shall provide Defendant's immigration attorney the original expired passport and shall provide pretrial services a copy of the expired passport.

*[signature]* Waverly D. Crenshaw, Jr.

US DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:25-cr-115 |
| v. | Judge Waverly D. Crenshaw, Jr. |
| KILMAR ARMANDO ABREGO GARCIA, | |
| *Defendant.* | |

## MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE

We represent defendant Kilmar Armando Abrego Garcia in the above captioned matter. We write, with the consent of the government and the Pretrial Services Office, to request a modification to Mr. Abrego's bail conditions.

As the Court is aware, Mr. Abrego was arrested in this matter on June 6, 2025. (Dkt. 9). He was released from federal criminal custody on August 22, 2025, subject to conditions of release set by the Court. (Dkt. 112). One of those conditions—which Mr. Abrego now seeks to modify— was the standard condition requiring Mr. Abrego to "surrender any passport to Pretrial Services, as directed by Pretrial Services" and to "not obtain a passport or other international travel document." (Dkt. 112 at 4). On August 25, 2022, shortly after his release in this case, Mr. Abrego reported for a check-in with ICE, where he was detained. He has been in immigration custody since that arrest.

As discussed with the Court at the October 31, 2025 status conference, the defense recently became aware that Mr. Abrego has a Salvadoran passport in the possession of his wife. After the conference, we learned that the passport in question expired earlier this year. We respectfully

1