UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:25-cr-00115 |
| ) | |
| KILMAR ARMANDO ABREGO GARCIA ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

The evidentiary hearing scheduled on December 8 and 9, 2025 is CANCELLED pending further order of the Court.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE