**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) **No. 3:25-CR-00115** |
| **KILMAR ABREGO GARCIA,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE**
**<u>DOCUMENTS UNDER SEAL</u>**

Upon consideration of the United States' Motion for Leave to File Documents Under Seal

in the above-captioned matter, it is, this ___ day of December, 2025, hereby:

ORDERED that the United States' motion is GRANTED.

IT IS SO ORDERED.

_____
The Honorable Waverly David Crenshaw Jr.
United States District Judge