**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

## MOTION FOR LEAVE TO FILE UNDER SEAL RESPONSE TO UNITED STATES' SEALED DOCUMENTS

Kilmar Armando Abrego Garcia respectfully requests leave to file under seal his response to documents filed by the United States under seal (Dkt. 245). Mr. Abrego does not believe that there is a basis to seal his response or the United States' documents under the Local Rules or applicable law. Given that this submission pertains to the Court's sealed order (Dkt. 241) and the government's sealed documents (Dkt. 245), however, Mr. Abrego is seeking leave to file his response under seal pending further orders of the Court.

Dated: December 7, 2025
      New York, New York

Respectfully submitted,

/s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

\* admitted *pro hac vice*

1

Rascoe Dean (No. 034209)
SHERRARD ROE VOIGT & HARBISON PLLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando
Abrego Garcia*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102; Associate Attorney General Stanley E. Woodward, Jr., 950 Pennsylvania Avenue NW, Washington, D.C. 20530.

Copies of the sealed response referenced in the foregoing document have been emailed to Mr. McGuire.

/s/ Sean Hecker