UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:25-cr-00115 |
| ) | |
| KILMAR ARMANDO ABREGO GARCIA ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

The Court will have a sealed, ex parte hearing on the Government's Motion for Partial Reconsideration (Doc. No. 245) on Wednesday, **December 10, 2025, at 1:00 p.m.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE