# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:25-CR-00115 |
| ) | JUDGE CRENSHAW |
| KILMAR ABREGO GARCIA, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

COMES NOW the United States of America, by and through the undersigned, and moves this Court to allow the United States to file documents under seal in this case.

The United States notes that the Administrative Practices and Procedures for Electronic Case Filing (ECF) requires parties to file a motion seeking leave of the court prior to filing any documents electronically under seal. Because the documents the United States intends to file refer to matters this Court has previously placed under seal, the United States submits that it is appropriate to seal those documents pending further orders of the Court.

[SIGNATURE BLOCK NEXT PAGE]

Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr.
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530


*/s/ Robert E. McGuire*
Robert E. McGuire
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN  37203

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel of record via CM/ECF on December 17, 2025.

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr.
