# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 3:25-CR-00115 |
| KILMAR ABREGO GARCIA, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Upon consideration of the United States' Motion for Leave to File Documents Under Seal in the above-captioned matter, it is, this ___ day of December, 2025, hereby:

ORDERED that the United States' motion is GRANTED.

IT IS SO ORDERED.

 

_____
The Honorable Waverly David Crenshaw Jr.
United States District Judge