IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) NO. 3:25-cr-00115
)
) JUDGE CRENSHAW
)
KILMAR ARMANDO ABREGO GARCIA )

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION ON PRE-TRIAL CONDITIONS

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney, and submits the following Response to the Defendant's Motion to Modify Pre-trial Conditions. (DE # 268.) The Government does not oppose the Motion so long as the Court's order specifically directs the release of the Defendant's expired passport from Pre-trial Services to an attorney for the Defendant, requires the Defendant to provide the newly valid passport to his attorney immediately upon his receipt of same, and requires that the Defendant's attorney provide it directly to Pre-trial Services as expeditiously as possible upon their receipt. This way, the status quo will be maintained which is that the Defendant will not have immediate, direct access to a passport while also allowing the Defendant to acquire a new passport for the reasons described in the Defendant's Motion.

Respectfully Submitted,

*/s/ Robert E. McGuire*
ROBERT E. McGUIRE
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203

1