UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is Defendant Kilmar Armando Abrego Garcia's ("Abrego") Motion for Sanctions for Government's Violation of the Court's Order on Extrajudicial Statements (Doc. No. 271). The government shall respond to Abrego's Motion (Doc. No. 271) by Monday, **December 29, 2025**. Abrego may file an optional reply by Wednesday, **December 31, 2025**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE