UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion (266) is **GRANTED** and Doc. No. 267 shall be sealed.
>
> /s/ Waverly D. Crenshaw, Jr.
> US DISTRICT JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 3:25-CR-00115 |
| KILMAR ABREGO GARCIA, | ) JUDGE CRENSHAW |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

COMES NOW the United States of America, by and through the undersigned, and moves this Court to allow the United States to file documents under seal in this case.

The United States notes that the Administrative Practices and Procedures for Electronic Case Filing (ECF) requires parties to file a motion seeking leave of the court prior to filing any documents electronically under seal. Because the documents the United States intends to file refer to matters this Court has previously placed under seal, the United States submits that it is appropriate to seal those documents pending further orders of the Court.

[SIGNATURE BLOCK NEXT PAGE]