UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |
| :--- | :--- |
| Plaintiff, | ) |
| v. | ) NO. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA | ) |
| Defendant. | ) |

### ORDER

The evidentiary hearing set on **January 28, 2026,** at 9:00 a.m. is RESET to at 10:00 a.m. on the same day.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE