UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) NO. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA | ) |
| Defendant. | ) |

**ORDER**

The evidentiary hearing previously set on January 28, 2026 is reset for **February 26, 2026**, at 9:00 a.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE