IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

## AMENDED WITNESS LIST FOR EVIDENTIARY HEARING

COMES NOW the United States of America, by and through Braden H. Boucek, United States Attorney, and, pursuant to this Court's prior order (DE # 162), provides the following amended witness list for the February 26, 2026 evidentiary hearing. This pleading amends the Government's prior witness list, which was previously filed on October 30, 2025. (DE # 196.)

At the hearing, the Government intends to call:

- Supervisory Special Agent John VanWie, Homeland Security Investigations (HSI): the United States anticipates that Agent VanWie, who worked for HSI – Baltimore, will testify regarding his decision to reopen the investigation into the defendant's human smuggling activities on April 17, 2025.

- Special Agent In Charge Rana Saoud, Homeland Security Investigations: the United States anticipates that Agent Saoud, who supervised the HSI – Nashville office, will testify regarding the commencement of the investigation into the defendant's human smuggling activities by HSI – Nashville.

- First Assistant U.S. Attorney Robert E. McGuire: the United States anticipates that Mr. McGuire, who was serving as the Acting United States Attorney at the time the

1

indictment was obtained, will testify regarding the reasons he sought the indictment and who made the ultimate decision to seek the indictment.

        Respectfully Submitted,

        BRADEN H. BOUCEK
        United States Attorney

        */s/ Robert E. McGuire*
        ROBERT E. McGUIRE
        First Asst. United States Attorney
        719 Church Street, Suite 3300
        Nashville, TN  37203

        */s/ Jason Harley*
        JASON HARLEY
        Task Force Vulcan