# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:25-CR-115

## UNITED STATES OF AMERICA

V.

Judge: WAVERLY D. CRENSHAW, JR.

Hearing Date: 2/26/2026

Location: ◉ Nashville ○ Columbia ○ Cookeville

KILMAR ARMANDO ABREGO GARCIA

Court Reporter: LISE MATTHEWS

Court Interpreter: Judith Kristy, Richard Singer

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Stanley Woodward, Jr., Jason Harley, Jacob Warren Jeremy Franker

Defense Attorney(s): Sean Hecker, David Patton, Rascoe Dean, Jenna Dabbs

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☑
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required
and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Motion hearing held on February 26, 2026.
- Witnesses and evidence presented.
- The parties shall file their post briefs 30 days after the transcript is available.
- Order to enter.

Total Time in Court: 4 HOURS 39 MINUTES

Clerk of Court

by: Melissa Seay

Reset Form