UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| KILMAR ARMANDO ABREGO GARCIA, | ) | NO. 3:25-cr-00115 |
| Defendant. | ) | |

## ORDER

Within **30 days** of the filing of the official transcript of the evidentiary hearing held on February 26, 2026, the parties shall file supplemental briefs.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE