# UNITED STATES DISTRICT COURT

## MIDDLE    DISTRICT OF    TENNESSEE

UNITED STATES OF AMERICA

V.

KILMAR ARMANDO ABREGO GARCIA

**EXHIBIT AND WITNESS LIST**

Case Number:  3:25-CR-115

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Waverly Crenshaw | Stanley Woodward, Jr., Jason Harley, | Sean Hecker, David Patton, Rascoe Dean, Jenna Dabbs |
| MOTION HEARING DATE (S) 2/26/2026 | COURT REPORTER LISE MATTHEWS | COURTROOM DEPUTY MELISSA SEAY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| x |  | 2/26/26 |  |  | WIT:  RANA SAOUD, Special Agent in Charge Homeland Security Investigations |
| x |  | 2/26/26 |  |  | WIT:  ROBERT MCGUIRE, First Assistant US Attorney for the Middle District of TN |
| 1 |  | 2/26/26 | X | X | Various emails |
| 2 |  | 2/26/26 | X | X | Justice Manual 1-13.000 Urgent Reports |
| 3 |  | 2/26/26 | X | X | Justice Manual 1-14.000 Notice to DAG Required for Certain Criminal and Affirmative Civil Resolutions |
| 4 |  | 2/26/26 | X | X | Justice Manual 3-1.000 Organization |
|  | 66 | 2/26/26 | X | X | AG Memorandum – General Policy Regarding Zealous Advocacy on Behalf of the United States |
|  | 17 | 2/26/26 | X | X | HIS Baltimore ROI on Interview of KAG |
|  | 19 | 2/26/26 | X | X | ROI of First Interview of CC-1 |
|  | 30 | 2/26/26 | X | X | HSI Baltimore Report on Reopening of Investigation into KAG |
|  | 88 | 2/26/26 | X |  | (included in Govt Exh 1) Email from A. Singh to N. Ganjei, P. Escalona, R. McGuire, C. McDonald, and C. DeLorenz re: Jose Ramon Hernandez Reyes |
|  | 42 | 2/26/26 | X |  | R. McGuire Affidavit |
|  | 50 | 2/26/26 | X |  | (included in Govt Exh 1) Emails between A. Singh, R. McGuire et al. RE Hernandez-Reyes (Abrego-Garcia000003) |
|  | 51 | 2/26/26 | X |  | (included in Govt Exh 1) Emails between A. Singh, R. McGuire, and J. Warren RE Tennessee traffic stop (Abrego-Garcia000007-000009) |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | ABREGO GARCIA | CASE NO. 3:25-CR-115 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 93 | 2/26/26 | X |  | (included in Govt Exh 1) Emails between A. Singh, R. McGuire, and J. Warren Re: affidavit in support of criminal complaint (kilmar Abrego Garcia) (DRAFT) – REM edits (jw).docx (Abrego-Garcia000010-000011) |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Page **2** of **2**