Motion (302) is **GRANTED** and Doc. No. 303 shall be sealed.

*signature*
US DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

**MOTION FOR LEAVE TO FILE UNDER SEAL**
**MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE**

Kilmar Armando Abrego Garcia respectfully requests leave to file under seal his March 5, 2026 Motion for Modification of Conditions of Release. To protect Mr. Abrego's privacy (and the privacy of fellow churchgoers), we file this document, which includes the name and address of Mr. Abrego's church, as well as information about church services that might allow an individual to identify it even without the name and address, under seal. *In re Knoxville News-Sentinel Co., Inc.*, 723 F.2d 470, 474 (6th Cir. 1983) ("[T]rial courts have always been afforded the power to seal their records when interests of privacy outweigh the public's right to know."). The government does not oppose Mr. Abrego's request to file under seal.

Dated: March 5, 2026
      New York, New York

Respectfully submitted,

/s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com

1