# Appendix A: Chronology

| Date | Event | Citation |
|---|---|---|
| November 30, 2022 | Tennessee Highway Patrol ("THP") pulls Mr. Abrego over. THP troopers consult with federal authorities before deciding to release him. | |
| | An investigating THP trooper emails HSI about the traffic stop, attaching images from the stop, including photographs of a vehicle registration bearing **CC-1**'s name and address. | Tr. 26-27. |
| December 22, 2022 | After receiving information about the traffic stop from THP, HSI Baltimore opens an investigation into Mr. Abrego. The Opening Report of Investigation ("ROI") notes that Mr. Abrego "is suspected of labor/human trafficking as well as MS-13 gang activity." | P000576-P000577;[1] Tr. 27. |
| December 2022 to March 2025 | HSI Baltimore investigates Mr. Abrego. Special Agent **Francis McGarvey** is the agent assigned to Mr. Abrego's case.<br><br>By September 2024, Supervisory Special Agent **John VanWie** is assigned to the case as a supervisor. | P000576-P000577; P000618; Abrego-Garcia001198-Abrego-Garcia001199. |
| March 6, 2023 | **McGarvey** receives information from a commercial license plate reader system showing that the Chevy Suburban Mr. Abrego was driving during the 2022 traffic stop is registered to **CC-1**. McGarvey's ROI states that investigators know that CC-1 was stopped in December 2019 during an attempted smuggling operation and that CC-1 was ultimately indicted for his role in the alien smuggling operation. | P000584-P000585. |
| January 17, 2024 | At the request of HSI Baltimore, HSI SAC Houston conducts surveillance at the residence of **CC-1** and **CC-4**.<br><br>The ROI drafted by **McGarvey** states that HSI Baltimore investigators previously identified CC-1 as a coconspirator in a human smuggling/trafficking organization and that they believe CC-4's business was used to launder proceeds from a smuggling operation. | P000612-P000613. |

---

[1] Citations beginning with "P" are to documents shared with the defense by the government, which the defense can provide to the Court for review at its request.

| Date | Event | Citation |
|------|-------|----------|
| June 21, 2024 | **McGarvey** generates a subpoena for cell phone records for a phone number HSI believed that Mr. Abrego used. McGarvey serves the subpoena on June 24, 2024. | P000615, P000617. |
| December 28, 2024 | **Robert McGuire**, then Deputy U.S. Attorney, assumes the role of Acting U.S. Attorney for the Middle District of Tennessee.[2] | Tr. 47. |
| February 5, 2025 | Attorney General **Pamela Bondi** issues a memorandum demanding that DOJ attorneys "zealously advance, protect, and defend" the interests and policies of the United States as determined by the President. It states that any DOJ attorney who, "because of their personal political views or judgments declines to sign a brief or appear in court, refuses to advance good-faith arguments on behalf of the Administration, or otherwise delays or impedes the Department's mission will be subject to discipline and potentially termination, consistent with applicable law." | DX 66; Tr. 97-102. |
| March 12, 2025 | Mr. Abrego is arrested by HSI Baltimore agents in Maryland. **VanWie** signs off on a ROI drafted by **McGarvey** about the arrest. | Dkt. 155-2; Abrego-Garcia001214-Abrego-Garcia001217. |
| March 15, 2025 | Mr. Abrego is unlawfully removed to El Salvador. | |
| March 24, 2025 | Abrego challenges his unlawful removal in the United States District Court for the District of Maryland. *See* Complaint, *Abrego Garcia v. Noem*, 8:25-cv-00951 (D. Md. Mar. 24, 2025), Dkt. 1. | |
| April 1, 2025 | **VanWie** approves the ROI drafted by **McGarvey** closing the investigation into Mr. Abrego. The ROI states, in part, that: "Investigators have accomplished all goals for this case, and no further investigative efforts will be attributed to the investigation." | Dkt. 151-2; Abrego-Garcia001198-Abrego-Garcia001199; Tr. 109. |

---

[2] Steven Hale, *How Rob McGuire Accidentally Became the U.S. Attorney for Middle Tennessee*, Nashville Banner (Feb. 20, 2025), https://nashvillebanner.com/2025/02/20/acting-us-attorney-rob-mcguire/.

| Date | Event | Citation |
|---|---|---|
| April 10, 2025 | The Supreme Court affirms the District of Maryland's Order requiring the government to "facilitate" Mr. Abrego's release from custody in El Salvador. *Noem v. Abrego Garcia*, 145 S. Ct. 1017, 1018 (2025). | |
| April 16, 2025 | DHS posts a Press Release titled "THE REAL STORY: Kilmar Abrego Garcia is an MS-13 Gang member with a History of Violence." The press release does not mention the November 2022 traffic stop.[3] | |
| April 17, 2025 | After getting "a lot of requests for information" from DHS Headquarters, HSI Baltimore reopens its investigation into Mr. Abrego. **VanWie** approves the reopening. | Tr. 114-16; DX 30. |
| April 18, 2025 | DHS releases what it describes as a "bombshell investigative report" on Mr. Abrego's "suspected human trafficking incident" based on 2022 traffic stop.[4] | |
| On or around April 21, 2025 | HSI Nashville Special Agent in Charge **Rana Saoud** hears about the 2022 traffic stop for the first time from an article published in the *Tennessee Star* on or around April 21, 2025. Although Saoud could not recall who sent her the article, which she received on her government-issued phone, she recalls that it was someone she "trusted" and had "worked with." | Tr. 23-24, 42-43. |
| April 22, 2025 | HSI Baltimore requests that HSI Birmingham "attempt to interview **CC-1**…regarding the human smuggling activities of Kilmar ABREGO Garcia." **VanWie** approves the request.<br><br>That same day, HSI agents interview CC-1 for the first time at a federal prison in Alabama. CC-1 tells them "to get him a lawyer and some paper and he would help." | DX 19. |
| April 24, 2025 | HSI agents interview **CC-1** again. | DX 17; Tr. 110-12. |

---

[3] *THE REAL STORY: Kilmar Abrego Garcia is an MS-13 Gang member with a History of Violence*, DHS (Apr. 16, 2025), https://www.dhs.gov/news/2025/04/16/kilmar-abrego-garcia-ms-13-gang-member-history-violence.
[4] *DHS Releases Bombshell Investigative Report on Kilmar Abrego Garcia Suspected Human Trafficking Incident*, DHS (Apr. 18, 2025), https://www.dhs.gov/news/2025/04/18/dhs-releases-bombshell-investigative-report-kilmar-abrego-garcia-suspected-human.

| Date | Event | Citation |
|---|---|---|
| April 27, 2025 | **Saoud** calls **McGuire** to discuss Mr. Abrego.<br><br>Saoud later calls Acting Assistant Director for Domestic Operations for HSI **William Walker** to inform him that she plans to investigate Mr. Abrego. | Tr. 14-15, 28-29, 40-42; GX 1 at 15. |
| | 6:39 p.m.: In an email with a subject line containing only CC-1's name, Associate Deputy Attorney General **Aakash Singh** emails Nicholas Ganjei (U.S. Attorney for the Southern District of Texas), Prim Escalona (Interim U.S. Attorney for the Northern District of Alabama), and **McGuire** asking to "set aside some time tomorrow to discuss [**CC-1**] briefly." | GX 1 at 1; Tr. 55-56. |
| April 28, 2025 | 12:53 a.m.: **Walker** emails the THP report on the 2022 traffic stop directly to **Singh**. **McGuire** is not copied on the email. | GX 1 at 15. |
| | **Singh**, **McGuire**, Ganjei, and Escalona have a call to discuss how to handle **CC-1**'s cooperation. | Tr. 56. |
| | Joint Task Force Vulcan ("JTFV") agrees to provide assistance to **McGuire** and the U.S. Attorney's Office for the Middle District of Tennessee in the investigation of Mr. Abrego. | Dkt. 121-1 ¶ 5; Tr. 59. |
| April 29, 2025 | **McGuire** starts drafting a complaint. | Tr. 82-83. |
| | At the request of HSI Baltimore, HSI Birmingham agents conduct a follow-up proffer with **CC-1**. | P000416-P000419. |
| April 30, 2025 | **Jacob Warren**, Co-Director of JTFV, sends an attachment "Re: [CC-1]" to **Singh,** Escalona, Ganjei, **McGuire**, and Kendra Wharton (Associate Deputy Attorney General).<br><br>**McGuire** tells Singh: "Based on the conversations Jake and I are having, I think it is reasonable to believe we could have a charging document next week. We are hammering as hard as we can on this effort."<br><br>**Singh** responds: "Awesome news thank you guys. Keep me posted. Let me know what I can do to help." | GX 1 at 2. |
| | **McGuire** emails **Singh** to inform him that the Tennessee Department of Safety is releasing redacted body-worn camera footage from the traffic stop. | GX 1 at 3-5. |

4

| Date | Event | Citation |
|---|---|---|
| | After a brief back-and-forth, **Singh** emails **McGuire** to ask: "How close do we think we are to charging? And can we set up a brief call before charges get filed?" | |
| | **McGuire** responds: | |
| | I think towards the end of next week…. | |
| | My vision was that I would talk with you and Jake about complaint vs. indictment and pass the charging documents up the chain of command before swearing them out…. | |
| | We're all hammering as hard as we can go on the work that we need to do to get this case tight and right. I think with some luck we should be able to…by next Wednesday/Thursday. | |
| | Definitely planned on a call before going ahead – we want the high command looped in. Happy to talk at any time. This is highest priority for me right now. | |
| | **Singh** responds: "Thank you Rob I appreciate that. Do we have a sense of potential charges?" | |
| | **McGuire** responds: "We could also do a speaking indictment…. That said, we are continuing to investigate and will continue to investigate this activity." | |
| | **Singh** responds: "Thanks for the detailed readout and consistent updates. I appreciate you and Jake and your team pushing on this. It's a top priority for us. Can we sketch out a draft complaint…by 5 pm tomorrow? Let's hop on a call tomorrow morning if possible even if just for 5-10 min." | |
| May 1, 2025 | **McGuire** sends **Singh** a draft complaint affidavit reviewed by **Warren**. | GX 1 at 6. |
| | **Singh** asks **McGuire** if "we have the Baltimore/Maryland report where [Mr. Abrego] was arrested with MS-13?" | |
| | **McGuire** replies: "I don't have it. I have never had it. But I can ask Baltimore HSI for it." | |
| | **Singh** responds: "Thanks Rob I'll call you shortly." | |
| | **Warren** sends **Singh** and **McGuire** "what our intel chief pulled from open source" in an email titled "Fw: Documents for review." | GX 1 at 8. |
| | **Singh** responds: "Thanks so much Jake." | |

Case 3:25-cr-00115    Document 306-1    Filed 04/06/26    Page 5 of 8 PageID #: 5044

| Date | Event | Citation |
|---|---|---|
| May 2, 2025 | **HSI Nashville** opens an investigation into Mr. Abrego. | Tr. 27. |
| May 4, 2025 | **Singh** asks **Warren** and **McGuire** for a meeting to discuss the documents **Warren** shared on May 1. | GX 1 at 8. |
| May 7, 2025 | **McGuire**, Assistant U.S. Attorney **Ben Schrader**, JTFV Deputy Director **Jeremy Franker**, HSI Nashville agent **Peter Joseph**, and others interview **CC-1** at the U.S. Attorney's Office in Nashville. | Tr. at 176; P000347-P000349. |
| May 15, 2025 | **McGuire** circulates a prosecution memo and draft indictment to **Schrader** and rest of the leadership team of the U.S. Attorney's Office for the Middle District of Tennessee. **McGuire** explains:<br><br>"…I've drafted a prosecution memo and draft indictment. My plan is to circulate the draft indictment to the JTF Vulcan folks as well. Ultimately, I would hope to have ODAG eyes on it as we move towards a decision about whether this matter is going to ultimately charged…. While ultimately, the office's decision to charge will land on me I think it makes sense to get the benefit of all of your brains and talent in this process and as we consider this case. I have not received specific direction from ODAG other than I have heard anecdotally that the DAG and PDAG would like Garcia charged sooner rather than later….<br><br>I think from here, it makes sense to potentially discuss in person. I think having all of this thread on multiple emails can get cumbersome as we focus on particular details of a fairly wide ranging investigation. I'll let everyone get a chance to review it (I'm sorry it's somewhat lengthy) and then we can try to assemble to talk further."<br><br>**Schrader** responds:<br><br>"Rob,<br><br>I have attached to this email a memorandum recommending **against** charging Kilmar ABREGO-GARCIA in the Middle District of Tennessee at the present time with offenses stemming from allegations that he conspired to transport, and transported, illegal aliens from Texas to Maryland from approximately | GX 1 at 13-14. |

| Date | Event | Citation |
|---|---|---|
| | 2016 to 2025. Please pass it along to relevant parties in D.C. as well." | |
| | **Franker** and several HSI agents interview **CC-1** at the U.S. Attorney's Office in Houston. | P000350-P000354. |
| May 17, 2025 | **Warren** emails **Singh** an update, copying **McGuire** and **Eason**. Warren writes:<br><br>"Hope you're having a good weekend. Wanted to give you a couple updates. Bottom line is we had a productive week with some significant developments in this investigation. Grand jury testimony went well down in Beaumont and the sources we met with in Maryland and Houston had solid information, including related to MS13.<br><br>We're working over the weekend to finalize an indictment that we will send to you tomorrow night or first thing Monday.<br><br>We're also putting two more witnesses in the grand jury on Wednesday in Nashville (for a total of four witnesses in grand jury in the past three weeks).<br><br>Per our prior conversations on timelines, we are on track to present an indictment this Wednesday, May 21, in Nashville. If anything on that front has changed, please let us know soonest.<br><br>Assuming this will be unsealed. Please let us know if not. To that end, it would be prudent to loop in the press office ASAP for their situational awareness that we plan to present this on Wednesday.<br><br>Please let us know what time works Monday for a call. Rob/Chris/me will of course make ourselves available." | GX 1 at 10-11. |
| May 18, 2025 | **Singh** responds to **Warren**'s update: "Let's talk Monday at 2 or 2:30pm EST. Let's keep close hold until we get clearance." | GX 1 at 10. |
| May 20, 2025 | **Singh** emails **McGuire**, **Warren**, and **Eason**: "Just checking in to see how we're looking on a draft memo. Know you're swamped, sorry to keep bugging, thanks gents."<br><br>**Eason** responds: "Kick it to you before 4:15."<br><br>**Singh** responds: "Thanks guys much appreciated." | GX 1 at 12. |

| Date | Event | Citation |
|---|---|---|
| May 21, 2025 | Mr. Abrego is indicted. | Dkt. 1. |
| | **Schrader** resigns from the Department of Justice, effective immediately. In his resignation email to the office, Schrader writes: "I have submitted my resignation from the Department of Justice, effective immediately. I am terribly sorry to be so abrupt, but it couldn't be helped. It has been an incredible privilege to serve as an Assistant United States Attorney in this Office." | Tr. 167. |
| June 6, 2025 | Abrego arrives in M.D. Tenn. Indictment is unsealed. | Tr. 179. |
| | Deputy Attorney General **Todd Blanche** calls **McGuire** to inform him **Abrego** has been brought back in the United States. | Tr. 179. |
| | In an interview, **Blanche** "reveal[s] that the government started 'investigating' Abrego after 'a judge in Maryland . . . questioned" the government's decision, found that it "had no right to deport him,' and 'accus[ed] [the government] of doing something wrong.'" | Dkt. 138 at 6.[5] |

---

[5] *Kilmar Abrego Garcia was indicted on 'very serious' charges, US deputy attorney general says*, Fox News (June 6, 2025), https://www.foxnews.com/video/6373969491112.