# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons in the accompanying Memorandum Opinion, the motion to dismiss the indictment under Federal Rule of Criminal Procedure 12(b)(3)(A)(iv) (Doc. No. 104) is **GRANTED**. Counts One and Two of the indictment (Doc. No. 3) are **DISMISSED**.

With dismissal of the indictment, the Order for release and setting conditions of release (Doc. No. 112) is **VACATED** and **TERMINATED**.

All pending motions (Doc. Nos. 151, 181, 231, 232, 233, 234, 235, 236, 237, 238, 252, 271 and 273) are **DENIED AS MOOT**.

Upon further review and based upon the Memorandum Opinion, the Court determines that certain documents previously redacted at the Government's request should not be redacted. Accordingly, except for email addresses, the redactions in the following documents are removed: Government Evidence Hearing Exhibit 1 at 8 and 9.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE