# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA      )

         )      **No. 3:25-cr-00115**

     v.          )

         )      **Judge Waverly D. Crenshaw, Jr.**

         )

         )

KILMAR ABREGO GARCIA      )

## UNITED STATES' NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291, 18 U.S.C. § 3731, and Rule 4(b)(1)(B)(i) of the Federal Rules of Appellate Procedure, notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order on May 22, 2026, by the District Court granting Defendant Abrego Garcia's Motion to Dismiss the Indictment. (*See* Case No. 3:25-cr-00115, DE # 312, 313.)

                                       Respectfully submitted,
                                       BRADEN H. BOUCEK
                                       United States Attorney

         By:      */s/ Robert E. McGuire*
                     ROBERT E. MCGUIRE
                     First Assistant U.S. Attorney
                     719 Church Street, Suite 3300
                     Nashville, Tennessee 37203
                     Phone: (615) 736-5151
                     Robert.mcguire@usdoj.gov