**From:** Singh, Aakash (ODAG)
**To:** Ganjei, Nicholas (USATXS); Escalona, Prim (USAALN); McGuire, Robert (USATNM)
**Cc:** McDonald, Colin (ODAG); DeLorenz, Chris (ODAG)
**Subject:** [redacted]
**Date:** Sunday, April 27, 2025 6:39:47 PM
**Importance:** High

---

Nick, Prim, and Rob,

Can we please set aside some time tomorrow morning to discuss the above captioned defendant briefly? This should not take longer than 10 minutes. 10am EST? Thanks so much.

Best,
Aakash

**From:** Singh, Aakash (ODAG)
**To:** McGuire, Robert (USATNM); Warren, Jacob (NSD); Escalona, Prim (USAALN)
**Cc:** Wharton, Kendra (ODAG); Ganjei, Nicholas (USATXS)
**Subject:** Re: [redacted]
**Date:** Wednesday, April 30, 2025 9:44:10 AM

---

Awesome news thank you guys.
Keep me posted. Let me know what I can do to help.

---

**From:** McGuire, Robert (USATNM) <[redacted]>
**Sent:** Wednesday, April 30, 2025 10:33:03 AM
**To:** Singh, Aakash (ODAG) <[redacted]>; Warren, Jacob (NSD) <[redacted]>; Escalona, Prim (USAALN) <[redacted]>
**Cc:** Wharton, Kendra (ODAG) <[redacted]>; Ganjei, Nicholas (USATXS) <[redacted]>
**Subject:** RE: Hernandez-Reyes

Jake and I have been talking several times a day and have an agent call later today to divide workload. I have a call with the warden at FCI Talladega to start working on logistics to get [redacted] before our grand jury here next Wednesday.

Based on the conversations Jake and I are having, I think it is reasonable to believe we could have a charging document next week. We are hammering as hard as we can on this effort.

---

**From:** Singh, Aakash (ODAG) <[redacted]>
**Sent:** Wednesday, April 30, 2025 9:31 AM
**To:** Warren, Jacob (NSD) <[redacted]>; Escalona, Prim (USAALN) <[redacted]>; McGuire, Robert (USATNM) <[redacted]>
**Cc:** Wharton, Kendra (ODAG) <[redacted]>; Ganjei, Nicholas (USATXS) <Nicholas.Ganjei@usdoj.gov>
**Subject:** Re: [redacted]

Thank you all so much

---

**From:** Warren, Jacob (NSD) <[redacted]>
**Sent:** Wednesday, April 30, 2025 10:29:10 AM
**To:** Singh, Aakash (ODAG) <[redacted]>; Escalona, Prim (USAALN) <[redacted]>; McGuire, Robert (USATNM) <[redacted]>
**Cc:** Wharton, Kendra (ODAG) <[redacted]>; Ganjei, Nicholas (USATXS) [redacted]
**Subject:** RE: [redacted]

See attached.

---

COLLECTIVE EXHIBIT A

**From:** Singh, Aakash (ODAG)
**To:** McGuire, Robert (USATNM); Warren, Jacob (NSD)
**Subject:** Re: Tennessee traffic stop
**Date:** Wednesday, April 30, 2025 9:28:49 PM

---

Thanks for the detailed readout and consistent updates. I appreciate you and Jake and your teams pushing on this. It's a top priority for us. Can we sketch out a draft complaint [redacted] by 5pm tomorrow? Let's hop on a call tomorrow morning if possible even if just for 5-10 min.

---

**From:** McGuire, Robert (USATNM) <[redacted]>
**Sent:** Wednesday, April 30, 2025 6:00 PM
**To:** Singh, Aakash (ODAG) <[redacted]>; Warren, Jacob (NSD) <[redacted]>
**Subject:** RE: Tennessee traffic stop

We could also do a speaking indictment.

[redacted]

[redacted]

That said, we are continuing to investigate and will continue to investigate this activity [redacted]

[redacted]

[redacted]

**From:** Singh, Aakash (ODAG) <[redacted]>
**Sent:** Wednesday, April 30, 2025 4:50 PM
**To:** McGuire, Robert (USATNM) <[redacted]>; Warren, Jacob (NSD) <[redacted]>
**Subject:** Re: Tennessee traffic stop

Thank you Rob I appreciate that. Do we have a sense of potential charges? [redacted]

---

**From:** McGuire, Robert (USATNM) <[redacted]>
**Sent:** Wednesday, April 30, 2025 5:19 PM
**To:** Singh, Aakash (ODAG) <[redacted]>; Warren, Jacob (NSD) <[redacted]>
**Subject:** RE: Tennessee traffic stop

I think towards the end of next week. [redacted]

My vision was that I would talk with you and Jake about complaint vs. indictment and pass the charging documents up the chain of command before swearing them out. [redacted]

We're all hammering as hard as we can go on the work that we need to do to get this case tight and right. I think with some luck we should be able to be able to by next Wednesday/Thursday.

Definitely planned on a call before going ahead – we want the high command looped in. Happy to talk at any time. This is highest priority for me right now.

---

**From:** Singh, Aakash (ODAG) <[redacted]>
**Sent:** Wednesday, April 30, 2025 4:11 PM
**To:** McGuire, Robert (USATNM) <[redacted]>; Warren, Jacob (NSD) <[redacted]>
**Subject:** Re: Tennessee traffic stop

10-4 thanks Rob. How close do we think we are to charging? And can we set up a brief call before charges get filed?

---

**From:** McGuire, Robert (USATNM) <[redacted]>
**Sent:** Wednesday, April 30, 2025 5:10:25 PM
**To:** Singh, Aakash (ODAG) <[redacted]>; Warren, Jacob (NSD) <[redacted]>
**Subject:** RE: Tennessee traffic stop

I am going to get a copy of the redacted version.

They did not say but my read out is that they have been getting some local pressure to release and the governor may have weighed in. I know the decision was made at the state commissioner level.

---

**From:** Singh, Aakash (ODAG) <[redacted]>
**Sent:** Wednesday, April 30, 2025 4:08 PM
**To:** McGuire, Robert (USATNM) <[redacted]>; Warren, Jacob (NSD) <[redacted]>
**Subject:** Re: Tennessee traffic stop

Thanks for flagging Rob. Are they going to be releasing any sort of statement or clarification that it's redacted BWC? Did they say why they're releasing anyway?

---

**From:** McGuire, Robert (USATNM) <[redacted]>
**Sent:** Wednesday, April 30, 2025 5:06:57 PM
**To:** Singh, Aakash (ODAG) <[redacted]>; Warren, Jacob (NSD) <[redacted]>
**Subject:** Tennessee traffic stop

FYSA –

TN Department of Safety is releasing redacted BWC footage of the traffic stop of November 30, 2022. I had previously informed them the matter was under federal investigation but this is what they feel like they have to do. I expect the redacted version to be released this afternoon.

Thanks –

Rob

**Robert E. McGuire**
**Acting United States Attorney**
**Middle District of Tennessee**
719 Church Street, Suite 3300
[redacted]

| | |
|---|---|
| **From:** | Singh, Aakash (ODAG) |
| **To:** | McGuire, Robert (USATNM) |
| **Cc:** | Warren, Jacob (NSD) |
| **Subject:** | Re: affidavit in support of criminal complaint (kilmar abrego garcia) (DRAFT) - REM edits (jw).docx |
| **Date:** | Thursday, May 1, 2025 5:33:06 PM |

Thanks Rob I'll call you shortly

---

**From:** McGuire, Robert (USATNM) <[redacted]>
**Sent:** Thursday, May 1, 2025 6:30:01 PM
**To:** Singh, Aakash (ODAG) <[redacted]>
**Cc:** Warren, Jacob (NSD) <[redacted]>
**Subject:** RE: affidavit in support of criminal complaint (kilmar abrego garcia) (DRAFT) - REM edits (jw).docx

I don't have it. I have never had it.

But I can ask Baltimore HSI for it.

**From:** Singh, Aakash (ODAG) <[redacted]>
**Sent:** Thursday, May 1, 2025 5:16 PM
**To:** McGuire, Robert (USATNM) <[redacted]>
**Cc:** Warren, Jacob (NSD) <[redacted]>
**Subject:** RE: affidavit in support of criminal complaint (kilmar abrego garcia) (DRAFT) - REM edits (jw).docx

Do we have the Baltimore/Maryland report where he was arrested with MS-13? Thank you.

Best,
Aakash

**From:** McGuire, Robert (USATNM) <[redacted]>
**Sent:** Thursday, May 1, 2025 5:25 PM
**To:** Singh, Aakash (ODAG) <[redacted]>
**Cc:** Warren, Jacob (NSD) <[redacted]>
**Subject:** affidavit in support of criminal complaint (kilmar abrego garcia) (DRAFT) - REM edits (jw).docx

Aakash –

This draft is attached that Jake has reviewed. [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**From:** Singh, Aakash (ODAG)
**To:** Warren, Jacob (NSD); McGuire, Robert (USATNM)
**Subject:** Re: Documents for review
**Date:** Sunday, May 4, 2025 7:32:21 AM

---

Good morning gents, happy Sunday. Hope you're having a good weekend. Can we circle up on this tomorrow morning? Thanks!

Best,
Aakash

---

**From:** Singh, Aakash (ODAG) <[redacted]>
**Sent:** Thursday, May 1, 2025 8:43:35 PM
**To:** Warren, Jacob (NSD) <[redacted] McGuire, Robert (USATNM) [redacted]>
**Subject:** Re: Documents for review

Thanks so much Jake

---

**From:** Warren, Jacob (NSD) <[redacted]>
**Sent:** Thursday, May 1, 2025 6:42:33 PM
**To:** Singh, Aakash (ODAG) <[redacted]>; McGuire, Robert (USATNM) <[redacted]>
**Subject:** Fw: Documents for review

Attached is what our intel chief pulled from open source.

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**From:** Singh, Aakash (ODAG)
**To:** Eason, Chris (USATXE); Warren, Jacob (NSD)
**Cc:** McGuire, Robert (USATNM)
**Subject:** Re: MDTN / JTFV Update
**Date:** Sunday, May 18, 2025 8:18:36 PM

---

Received thank you!

Get Outlook for iOS

---

**From:** Eason, Chris (USATXE) <[redacted]>
**Sent:** Sunday, May 18, 2025 8:36:49 PM
**To:** Singh, Aakash (ODAG) <[redacted]>; Warren, Jacob (NSD)
<[redacted]>
**Cc:** McGuire, Robert (USATNM) <[redacted]>
**Subject:** RE: MDTN / JTFV Update

Aakash – see attached please. Talk tomorrow.

---

**From:** Singh, Aakash (ODAG) <[redacted]>
**Sent:** Sunday, May 18, 2025 10:56 AM
**To:** Eason, Chris (USATXE) <[redacted]>; Warren, Jacob (NSD)
[redacted]>
**Cc:** McGuire, Robert (USATNM) <[redacted]>
**Subject:** Re: MDTN / JTFV Update

Thanks Chris - Let's do 2:30 EST if you're able to circulate an invite for then.

Get Outlook for iOS

---

**From:** Eason, Chris (USATXE) [redacted]>
**Sent:** Sunday, May 18, 2025 11:08:47 AM
**To:** Singh, Aakash (ODAG) <[redacted]>; Warren, Jacob (NSD)
[redacted]
**Cc:** McGuire, Robert (USATNM) <[redacted]>
**Subject:** Re: MDTN / JTFV Update

Copy all, Aakash.

And will block off 2-3 EST on Monday, just let us know which time you land on pls.

Talk tomorrow,
Chris

**From:** Singh, Aakash (ODAG) [redacted]>
**Sent:** Sunday, May 18, 2025 6:20:32 AM
**To:** Warren, Jacob (NSD) [redacted]
**Cc:** Eason, Chris (USATXE) [redacted]>; McGuire, Robert (USATNM)
[redacted]>
**Subject:** Re: MDTN / JTFV Update

Thanks Jake, this is really helpful information. Appreciate the heads up. Let's talk Monday at 2 or 2:30pm EST. Let's keep close hold until we get clearance. Talk soon gents thanks for all your hard work and have a great weekend.

Best,
Aakash

Get [Outlook for iOS]

---

**From:** Warren, Jacob (NSD) [redacted]
**Sent:** Saturday, May 17, 2025 10:30 PM
**To:** Singh, Aakash (ODAG) <[redacted]
**Cc:** Eason, Chris (USATXE) [redacted]; McGuire, Robert (USATNM)
[redacted]
**Subject:** MDTN / JTFV Update

Aakash,

Hope you're having a good weekend. Wanted to give you a couple updates. Bottom line is we had a productive week with some significant developments in this investigation. Grand jury testimony went well down in Beaumont and the sources we met with in Maryland and Houston had solid information, including related to MS13.

We're working over the weekend to finalize an indictment that we will send to you tomorrow night or first thing Monday.

We're also putting two more witnesses in the grand jury on Wednesday in Nashville (for a total of four witnesses in grand jury in the past three weeks).

Per our prior conversations on timelines, we are on track to present an indictment this Wednesday, May 21, in Nashville. If anything on that front has changed, please let us know soonest.

Assuming this will be unsealed. Please let us know if not. To that end, it would be prudent to

loop in the press office ASAP for their situational awareness that we plan to present this on Wednesday.

Please let us know what time works Monday for a call.  Rob/Chris/me will of course make ourselves available.

Thanks,
Jake

**From:** Singh, Aakash (ODAG)
**To:** Eason, Chris (USATXE); McGuire, Robert (USATNM); Warren, Jacob (NSD)
**Subject:** Re: Circle up
**Date:** Tuesday, May 20, 2025 2:55:16 PM

---

Thanks guys much appreciated

Get [Outlook for iOS]

---

**From:** Eason, Chris (USATXE) <[redacted]>
**Sent:** Tuesday, May 20, 2025 3:40:06 PM
**To:** Singh, Aakash (ODAG) <[redacted]>; McGuire, Robert (USATNM) <[redacted]>; Warren, Jacob (NSD) <[redacted]>
**Subject:** Re: Circle up

Kick it to you before 4:15.

---

**From:** Singh, Aakash (ODAG) <[redacted]>
**Sent:** Tuesday, May 20, 2025 2:26:19 PM
**To:** McGuire, Robert (USATNM) <[redacted]>; Warren, Jacob (NSD) <[redacted]>; Eason, Chris (USATXE) <[redacted]>
**Subject:** RE: Circle up

Just checking in to see how we're looking on a draft memo. Know you're swamped, sorry to keep bugging, thanks gents.

---

**From:** McGuire, Robert (USATNM) <[redacted]>
**Sent:** Tuesday, May 20, 2025 10:45 AM
**To:** Warren, Jacob (NSD) <[redacted]>; Singh, Aakash (ODAG) <[redacted]>; Eason, Chris (USATXE) <[redacted]>
**Subject:** Re: Circle up

Sure - just let me know when

---

**From:** Warren, Jacob (NSD) <[redacted]>
**Sent:** Tuesday, May 20, 2025 9:43:46 AM
**To:** Singh, Aakash (ODAG) <[redacted]>; Eason, Chris (USATXE) [redacted]>; McGuire, Robert (USATNM) [redacted]
**Subject:** RE: Circle up

Yes

---

**From:** Singh, Aakash (ODAG) <[redacted]

[redacted]>; Booth, Kathryn (USATNM) <[redacted]>; Stephens, Rachel (USATNM) <[redacted]>; Levine, Robert (USATNM) [redacted]>
**Subject:** RE: Garcia pros memo and indictment

Rob,

I have attached to this email a memorandum recommending **against** charging Kilmar ABREGO-GARCIA in the Middle District of Tennessee at the present time with offenses stemming from allegations that he conspired to transport, and transported, illegal aliens from Texas to Maryland from approximately 2016 to 2025. Please pass it along to relevant parties in D.C. as well.

[redacted], so unfortunately I will be home today [redacted]). But I'll call you in a bit (and please feel free to call me if you need anything).

Thanks,

Ben

---

**From:** McGuire, Robert (USATNM) [redacted]>
**Sent:** Thursday, May 15, 2025 1:39 PM
**To:** Schrader, Ben (USATNM) <[redacted]>; Safeeullah, Ahmed (USATNM) <[redacted]>; Booth, Kathryn (USATNM) <[redacted]>; Stephens, Rachel (USATNM) [redacted]>; Levine, Robert (USATNM) <[redacted]>
**Subject:** Garcia pros memo and indictment

All –

As you know I have been working on the Kilmar Abrego Garcia investigation for several weeks. I've drafted a prosecution memo and draft indictment. My plan is to circulate the draft indictment to the JTF Vulcan folks as well. Ultimately, I would hope to have ODAG eyes on it as we move towards a decision about whether this matter is going to ultimately charged. There are a lot of decisions left to be made and I don't want to present this all as a done deal. But as we work through the process I thought it was wise to draft these documents and to let you all review them. While ultimately, the office's decision to charge will land on me I think it makes sense to get the benefit of all of your brains and talent in this process and as we consider this case. I have not received specific direction

from ODAG other than I have heard anecdotally that the DAG and PDAG would like Garcia charged sooner rather than later. I do not anticipate trying to charge this next week though, as they say, this is a fluid situation.

I've copied the NetDocs links below. I appreciate your thoughts on this matter. I am well aware that it is a large commitment for me personally and for our office and I don't take that lightly. As you will read, I believe that Abrego Garcia committed a federal crime here in our district and that it can be proven beyond a reasonable doubt. I have tried to focus on that aspect most of all in this writing.

I think from here, it makes sense to potentially discuss in person. I think having all of this thread on multiple emails can get cumbersome as we focus on particular details of a fairly wide ranging investigation. I'll let everyone get a chance to review it (I'm sorry it's somewhat lengthy) and then we can try to assemble to talk further.

https://gov.netdocuments.us/neWeb2/searchRes.aspx?newSearch=E&filter=%3D999%282079-1825-3571%29&open=1&ver=1
https://gov.netdocuments.us/neWeb2/searchRes.aspx?newSearch=E&filter=%3D999%282074-4783-6163%29&open=1&ver=1

As always, I appreciate all your leadership, your talent, and your commitment. I'm grateful to you all.

Rob

**Robert E. McGuire**
**Acting United States Attorney**
**Middle District of Tennessee**
719 Church Street, Suite 3300
[redacted]


Abrego-Garcia000061