# MS-13 Human Trafficking/Smuggling PG County

## Case Identifiers

| | |
|---|---|
| **Title** | MS-13 Human Trafficking/Smuggling PG County |
| **Case Number** | BA36FA23BA0001 |
| **Referred Case Type** | REFERRAL |
| **Office Code** | BA - Baltimore, MD |
| **Category** | 36 - GANG INVESTIGATIONS |
| **Sub-Category** | 36F - GANGS- ADMINISTRATIVE ALIEN INVESTIGATIONS |
| **Source Code** | A - INTELLIGENCE PROGRAMS / OPERATIONS (ALL) |

## Case Overview

| | |
|---|---|
| **Origin Country** | USA - United States |
| **Transit Country** | USA - United States |
| **Destination Country** | USA - United States |
| **Significant Impact?** | No |
| **Physical Document Present?** | No |
| **Prosecution Status** | |
| Prosecution Status | N - NOT REFERRED FOR PROSECUTION |
| **Judicial District** | 37 - MARYLAND |

## Case Indicators

| | |
|---|---|
| **Discretionary Case?** | Yes |
| **Title 21 Designated?** | No |
| **Certified Undercover?** | No |

9/10/2025



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. A
disclosure of this document or information contained herein should be referred to HSI Headquarters together with a co

DEFENDANT EXHIBIT
030

| | |
|---|---|
| **National Security Related?** | No |
| **Assault/Threat Indications** | 01 - DOES NOT INVOLVE DEATH/VIOLENCE |
| **Alien Death/Violence Involved?** | No |
| **Special Interest Alien?** | No |
| **Foreign Language Required?** | Yes |
| **Language** | SPA - Spanish |
| **International Travel Required?** | No |
| **BSA Information Utilized?** | No |

## OCDETF Case Details

| | |
|---|---|
| **OCDETF Indicator** | No |

## Labor Exploitation Case Details

| | |
|---|---|
| **Labor Exploitation Indicator?** | No |

## Routing Information

| | |
|---|---|
| **Case Agent** | Francis McGarvey Jr |
| **Case Agent** | Cameron Pramas |
| **CBP Publisher** | Francis McGarvey Jr |

9/10/2025


This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

| | |
|---|---|
| **Program Code** | 6IE - BEST |
| **Program Code** | 6M3 - BEST Baltimore |
| **Program Code** | 7EB - GANGS, MARA SALVATRUCHA (MS-13), COMMUNITY SHIELD |
| **Program Code** | 7EC - LAST CALL |
| **Program Code** | E7P - CriminalAnalysis BA |
| **Program Code** | HST - Homeland Security TF |
| **Program Code** | TV4 - TOC Vetting |
| **Program Code** | YO0 - GENERAL ALIEN INVESTIGATIONS |
| **Program Code** | YS0 - GANGS |
| **Case Notification Level** | 1 - TO RECORD OWNER |

## Restrict Visibility

| | |
|---|---|
| **Groups Visible To** | HSI Only |

1 9/10/2025



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of this document.

## Narrative

*This is a Combined Intelligence Unit (CIU) Investigative Referral report. The information provided was obtained through a collaborative law enforcement partnership. The information provided is believed to be of investigative/enforcement value and is referred to your office for further analysis or action, as deemed necessary and appropriate by local leadership. Recipients of this information are requested to use Program Code 7EC for all subsequent Seizures, Arrests, Intelligence Reports, Reports of Investigation, or other case records related to this request.*

On December 1, 2022, the Combined Intelligence Unit (CIU) received information that Kilmar Armando ABREGO-Garcia was queried in NCIC by the Tennessee Highway Patrol (615) 920-3638. DHS sources indicate that ABREGO was identified through official law enforcement investigations as a member of the Mara Salvatrucha (MS-13). This case was referred to Homeland Security Investigations (HSI) Baltimore, Maryland for investigative follow-up.

1 9/10/2025



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

## Metadata

| | |
|---|---|
| **Document Number** | BA36FA23BA0001 |
| **Document Status** | Open |
| **Opened** | 12/12/2022 |
| **Last Updated** | 5/2/2025 |
| **Author** | Heather Woodson<br>1043 - SUPERVISORY SPECIAL AGENT<br>[redacted] |
| **Owner(s)** | Francis McGarvey Jr<br>[redacted]<br><br>Cameron Pramas<br>1038 - SPECIAL AGENT<br>[redacted] |
| **Supervisor** | John VanWie<br>1043 - SUPERVISORY SPECIAL AGENT<br>[redacted] |
| **Approved** | Heather Woodson<br>1043 - SUPERVISORY SPECIAL AGENT<br>Open Approval by Supervisor<br>12/22/2022 |
| **Approved** | John VanWie<br>1043 - SUPERVISORY SPECIAL AGENT<br>Re-open Approval by Supervisor<br>4/17/2025 |

9/10/2025



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of this document.